AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

WSOU INVESTMENTS LLC,
*Plaintiff*

V.  Civil Action No. **6:20−CV−00952−ADA**

ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.,
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO: Oneplus Technology (Shenzhen) Co., Ltd.
c/o OnePlus Technology (Shenzhen) Co., Ltd.
18F, Tairan Building, Block C, Tairan 8th Road, Chegongmiao, Futian District
Shenzhen, Guangdong, 518040, China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Isaac Rabicoff
Rabicoff Law LLC
73 W. Monroe St.
Chicago, IL 60603

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**
CLERK OF COURT

**s/AKEITA MICHAEL**
DEPUTY CLERK

ISSUED ON 2020−10−14 10:55:41

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:20-cv-00952

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Oneplus Technology (Shenzhen) Co., Ltd
was received by me on *(date)* 01/06/2021 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Service was effected via email to brady.cox@alston.com and mike.newton@alston.com on 1/6/2021 pursuant to the Court's Order Granting Plaintiff's Motion for Leave to Effect Alternative Service and via personal delivery to Geoffrey Maely, Defendant's authorized agent to accept service.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/08/2021

/s/ Mark Siegmund
*Server's signature*

Mark Siegmund, Attorney for Plaintiff
*Printed name and title*

1508 North Valley Mills Dr
Waco, Texas 76710

*Server's address*

Additional information regarding attempted service, etc:

**mark waltfairpllc.com**

| | |
|---|---|
| **From:** | mark waltfairpllc.com |
| **Sent:** | Wednesday, January 6, 2021 12:25 PM |
| **To:** | brady.cox@alston.com; mike.newton@alston.com |
| **Subject:** | Service of Complaint - Case Number 6:20-cv-00952 filed in the Western District of Texas |
| **Importance:** | High |

Dear Messrs. Brady Randall Cox and Michael J. Newton:

I represent the Plaintiff, WSOU Investments, LLC d/b/a Brazos Licensing and Development, in the above referenced case filed against your client, OnePlus Technology (Shenzhen) Co, Ltd. filed in the Western District of Texas. This email is represents formal service of the above referenced suit, as granted by Judge Alan D Albright, District Judge of the Waco Division of the Western District of Texas. Please see the provided link to access his order granting WSOU Investments, LLC's Motion for Leave to Effect Alternative Service.

Additionally, you will find the complaint (including the civil cover sheet and exhibits) for the above referenced case. Finally, you will find the summons issued for the above referenced case. If you have any questions, please feel free to reach out.

Link for service documents: https://www.dropbox.com/sh/cw3dd883yrxpbvj/AAA6Ooc15t9EhVGtGn0Tst9Ta?dl=0

Sincerely,

Mark Siegmund
Walt Fair, PLLC
mark@waltfairpllc.com
1508 North Valley Mills Drive
Waco, Texas 76710-4462
Telephone: (254) 772-6400
Fax: (254) 772-6432
waltfairpllc.com

1

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Isaac Rabicoff, Esq.<br>Rabicoff Law LLC<br>5680 King Centre Dr Suite 645<br>Alexandria, VA 22315<br>  *Telephone No:* 773-669-4590<br><br>  *Attorney For:* Plaintiff    *Ref. No. or File No.:* | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court for the Western District of Texas

*Plaintiff:* WSOU INVESTMENTS LLC
*Defendant:* ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>6:20-CV-00952-ADA |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint for Patent Infringement; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Plaintiff's Rule 7.1 Disclosure Statement; Standing Order Regarding Notice of Readiness for Scheduling Conference in Patent Cases; Civil Cover Sheet

3. a. Party served:    Oneplus Technology (Shenzhen) Co., Ltd. c/o OnePlus Technology (Shenzhen) Co., Ltd.
   b. Person served:    Geoffrey Mahely , African American , Male , Age: 40 , Hair: Brown , Eyes: Brown , Height: 5'10" , Weight: 175 , authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:    1295 Martin Luther King Dr, Hayward, CA 94541

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Jan 06 2021 (2) at: 06:35 PM

6. **Person Who Served Papers:**
   a. Edgar Mendez (2017-0001328, San Francisco)      d. *The Fee* for Service was:
   b. **FIRST LEGAL**
      1202 Howard Street
      SAN FRANCISCO, CA 94103
   c. (415) 626-3111

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.



| 01/07/2021 | |
|---|---|
| (Date) | (Signature) |



PROOF OF SERVICE

5221610
(338561)