# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

WSOU Investments LLC, doing business as Brazos Licensing and Development

vs.

OnePlus Technology (Shenzhen) Co., Ltd.

Case No.: 6:20-cv-00952-ADA, 6:20-cv-00953-ADA, 6:20-cv-00956-ADA, 6:20-cv-00957-ADA, 6:20-cv-00958-ADA

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Michael J. Lyons__, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent __OnePlus Technology (Shenzhen) Co., Ltd.__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) __MORGAN, LEWIS & BOCKIUS LLP__ with offices at:

   Mailing address: 1400 Page Mill Road

   City, State, Zip Code: Palo Alto, CA 94304

   Telephone: 650-843-4000    Facsimile: 650-843-4001

2. Since __07/19/1999__, Applicant has been and presently is a member of and in good standing with the Bar of the State of __California__. Applicant's bar license number is __202,284__.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | New York State Bar, Bar No. 2522282 | 06/09/1993 |
   | California State Bar, Bar No. 202,284 | 07/19/1999 |
   | SEE ATTACHED LIST | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
N/A

5. I [X] have [ ] have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:
Number: 6:20-cv-01157-ADA   on the 5th day of January, 2021.
Number: _____ on the ___ day of _____, ____.
Number: _____ on the ___ day of _____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Elizabeth M. Chiaviello

Mailing address: Morgan, Lewis & Bockius LLP, 1717 Main Street, Suite 3200

City, State, Zip Code: Dallas, TX 75201-7347

Telephone: 214-466-4000

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Michael J. Lyons to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Michael J. Lyons
[printed name of Applicant]

_[signature]_
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 26 day of February, 2021.

Michael J. Lyons
[printed name of Applicant]

_[signature]_
[signature of Applicant]

## COURT ADMISSIONS FOR

## MICHAEL J. LYONS

| COURT ADMITTED | ADMISSION DATE |
|---|---|
| New York State Bar, Bar No. 2522282 | 06/09/1993 |
| California State Bar, Bar No. 202,284 | 07/19/1999 |
| Northern District of California | 05/25/1994 |
| Central District of California | 11/09/1999 |
| Southern District of California | 03/08/2012 |
| Eastern District of California | 10/24/2011 |
| New York Southern District | 04/02/1996 |
| New York Eastern District | 04/02/1996 |
| U.S. Court of Appeals for the Ninth Circuit | 06/16/2004 |
| U.S. Court of Appeals for the Federal Circuit | 06/07/1996 |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## WACO DIVISION

WSOU Investments LLC doing business as Brazos Licensing and Development

vs.

OnPlus Technology (Shenzhen) Co., Ltd.

Case No.: 6:20-cv-00952-ADA, 6:20-cv-00953-ADA, 6:20-cv-00956-ADA, 6:20-cv-00957-ADA, 6:20-cv-00958-ADA

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Michael J. Lyons, counsel for OnePlus Technology (Shenzhen) Co., Ltd., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Michael J. Lyons may appear on behalf of OnePlus Technology (Shenzhen) Co., Ltd. in the above case.

IT IS FURTHER ORDERED that Michael J. Lyons, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of February, 20 21 .

UNITED STATES DISTRICT JUDGE