IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU Investments LLC doing business as Brazos Licensing and Development, | § § § § | |
| Plaintiffs, | § § | Civil Action No. 6:20-cv-00952-ADA Civil Action No. 6:20-cv-00953-ADA |
| v. | § § | Civil Action No. 6:20-cv-00956-ADA Civil Action No. 6:20-cv-00957-ADA |
| Oneplus Technology (Shenzhen) Co., Ltd., | § § | Civil Action No. 6:20-cv-00958-ADA |
| Defendant. | § § § | Jury Trial Demanded |

**DEFENDANT ONEPLUS TECHNOLOGY (SHENZEN) CO, LTD'S
<u>RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant OnePlus Technology (Shenzhen) Co., Ltd. states that it is owned by OnePlus Mobile Communications (Guangdong) Co., Ltd., and no publicly held company owns 10% or more of OnePlus Technology (Shenzhen) Co., Ltd.'s stock.

1

| | |
|---|---|
| Date: February 26, 2021 | Respectfully submitted, |

MORGAN, LEWIS & BOCKIUS LLP

 /s/ *Elizabeth M. Chiaviello* 
Elizabeth M. Chiaviello
Texas Bar No. 24088913
*elizabeth.chiaviello@morganlewis.com*
1717 Main Street, Suite 3200
Dallas, TX 75201-7347
T. 214-466-4000
F. 214-466-4001

Michael J. Lyons (*pro hac vice pending*)
*michael.lyons@morganlewis.com*
Ahren C. Hsu-Hoffman
Texas Bar No. 24053269
*ahren.hsu-hoffman@morganlewis.com*
Jacob J.O. Minne (*pro hac vice pending*)
*jacob.minne@morganlewis.com*
Yalei Sun (*pro hac vice pending*)
*yalei.sun@morganlewis.com*
1400 Page Mill Road
Palo Alto, CA 94304
T. 650.843.4000
F. 650.843.4001

***Attorneys for Defendant OnePlus Technology (Shenzhen) Co., Ltd.***

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on February 26, 2021, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system per Local Rule CV-5, which will send a notification of electric filing to all counsel of record who have appeared in this case.

          */s/ Elizabeth M. Chiaviello*
          Elizabeth M. Chiaviello