17IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU Investments LLC doing business as Brazos Licensing and Development, | § § § § | |
| Plaintiffs, | § § | Civil Action No. 6:20-cv-00952-ADA Civil Action No. 6:20-cv-00953-ADA |
| v. | § § | Civil Action No. 6:20-cv-00956-ADA Civil Action No. 6:20-cv-00957-ADA |
| Oneplus Technology (Shenzhen) Co., Ltd., | § § | Civil Action No. 6:20-cv-00958-ADA |
| Defendant. | § § § | Jury Trial Demanded |

**DEFENDANT ONEPLUS TECHNOLOGY (SHENZEN) CO, LTD'S**
**NOTICE OF APPEARANCE OF AHREN C. HSU-HOFFMAN**

Defendant OnePlus Technology (Shenzhen) Co., Ltd. files this notice of attorney appearance and hereby notifies the Court and all parties of record that Ahren C. Hsu-Hoffman is appearing as counsel for Defendant OnePlus Technology (Shenzhen) Co., Ltd. in the above-referenced matters.

1

| | |
|---|---|
| Date: February 26, 2021 | Respectfully submitted, |

<div style="margin-left:50%">

MORGAN, LEWIS & BOCKIUS LLP

 /s/ Ahren C. Hsu-Hoffman
Elizabeth M. Chiaviello
Texas Bar No. 24088913
*elizabeth.chiaviello@morganlewis.com*
1717 Main Street, Suite 3200
Dallas, TX 75201-7347
T. 214-466-4000
F. 214-466-4001

Michael J. Lyons (*pro hac vice pending*)
*michael.lyons@morganlewis.com*
Ahren C. Hsu-Hoffman
Texas Bar No. 24053269
*ahren.hsu-hoffman@morganlewis.com*
Jacob J.O. Minne (*pro hac vice pending*)
*jacob.minne@morganlewis.com*
Yalei Sun (*pro hac vice pending*)
*yalei.sun@morganlewis.com*
1400 Page Mill Road
Palo Alto, CA 94304
T. 650.843.4000
F. 650.843.4001

***Attorneys for Defendant OnePlus Technology (Shenzhen) Co., Ltd.***

</div>

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on February 26, 2021, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system per Local Rule CV-5, which will send a notification of electric filing to all counsel of record who have appeared in this case.

<div style="text-align:right">

*/s/ Ahren C. Hsu-Hoffman*
Ahren C. Hsu-Hoffman

</div>