# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU Investments LLC doing business as Brazos Licensing and Development, | § § § § | |
| Plaintiffs, | § § | Civil Action No. 6:20-cv-00952-ADA |
| | § | Civil Action No. 6:20-cv-00953-ADA |
| v. | § | Civil Action No. 6:20-cv-00956-ADA |
| | § | Civil Action No. 6:20-cv-00957-ADA |
| Oneplus Technology (Shenzhen) Co., Ltd., | § § | Civil Action No. 6:20-cv-00958-ADA |
| Defendant. | § § § | Jury Trial Demanded |

## PROPOSED ORDER GRANTING
## MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS
## AND LACK OF PERSONAL JURISDICTION

Pending before the Court is Defendant OnePlus Technology (Shenzhen) Co., Ltd.'s Motion to Dismiss for Insufficient Service of Process and Lack of Personal Jurisdiction. Having fully considered the briefing, the Court hereby **GRANTS** Defendant OnePlus Technology (Shenzhen) Co., Ltd.'s Motion. Accordingly,

**IT IS ORDERED** that the December 16, 2020 order regarding alternative service is struck, the January 8, 2021 service of process is quashed, and this case is DISMISSED WITH PREJUDICE.

SIGNED on this ____ day of _____, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1