# EXHIBIT 5

| No. | Case Name | Date Filed | Docket Number (in W.D. Tex., except as noted) | Mot. for Alt. Service |
|---|---|---|---|---|
| 1 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. Netgear, Inc. | 2/19/2021 | 6:21cv155 | |
| 2 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. Netgear, Inc. | 2/19/2021 | 6:21cv153 | |
| 3 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. Netgear, Inc. | 2/19/2021 | 6:21cv154 | |
| 4 | Wsou Investments, Llc V. Cisco Systems, Inc. | 2/5/2021 | 6:21cv128 | |
| 5 | Wsou Investments, Llc V. F5 Networks, Inc. | 1/29/2021 | 2:21cv125 (W.D. Wash.) | |
| 6 | Wsou Investments, Llc V. F5 Networks, Inc. | 1/29/2021 | 2:21cv123 (W.D. Wash.) | |
| 7 | Wsou Investments, Llc V. F5 Networks, Inc. | 1/29/2021 | 2:21cv126 (W.D. Wash.) | |
| 8 | Wsou Investments, Llc V. F5 Networks, Inc. | 1/29/2021 | 2:21cv124 (W.D. Wash.) | |
| 9 | Wsou Investments Llc V. F5 Networks Inc | 12/30/2020 | 2:20cv1878 (W.D. Wash.) | |
| 10 | Wsou Investments Llc V. Salesforce.Com, Inc. | 12/18/2020 | 6:20cv1165 | |
| 11 | Wsou Investments Llc D/B/A Brazos Licensing And Development V. Salesforce.Com, Inc. | 12/18/2020 | 6:20cv1172 | |
| 12 | Wsou Investments Llc D/B/A Brazos Licensing And Development V. Salesforce.Com, Inc. | 12/18/2020 | 6:20cv1167 | |
| 13 | Wsou Investments Llc D/B/A Brazos Licensing And Development V. Salesforce.Com, Inc. | 12/18/2020 | 6:20cv1169 | |
| 14 | Wsou Investments Llc D/B/A Brazos Licensing And Development V. Salesforce.Com, Inc. | 12/18/2020 | 6:20cv1171 | |
| 15 | Wsou Investments Llc D/B/A Brazos Licensing And Development V. Salesforce.Com, Inc. | 12/18/2020 | 6:20cv1166 | |
| 16 | Wsou Investments Llc D/B/A Brazos Licensing And Development V. Salesforce.Com, Inc. | 12/18/2020 | 6:20cv1168 | |
| 17 | Wsou Investments Llc D/B/A Brazos Licensing And Development V. Salesforce.Com, Inc. | 12/18/2020 | 6:20cv1170 | |
| 18 | Wsou Investments Llc D/B/A Brazos Licensing And Development V. Salesforce.Com, Inc. | 12/18/2020 | 6:20cv1163 | |
| 19 | Wsou Investments Llc D/B/A Brazos Licensing And Development V. Salesforce.Com, Inc. | 12/18/2020 | 6:20cv1164 | |
| 20 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. Arista Networks, Inc. | 11/25/2020 | 6:20cv1083 | |
| 21 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. F5 Networks, Inc. | 11/6/2020 | 1:20cv1331 (E.D. Va.) | |
| 22 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. F5 Networks, Inc. | 11/6/2020 | 3:20cv856 (E.D. Va.) | |
| 23 | Wsou Investments Llc V. Tp-Link Technology Co., Ltd. | 10/31/2020 | 6:20cv1013 | ECF No. 10 |
| 24 | Wsou Investments Llc V. Tp-Link Technology Co., Ltd. | 10/31/2020 | 6:20cv1014 | ECF No. 10 |

| | | | |
|---|---|---|---|
| 25 | Wsou Investments Llc V. Tp-Link Technology Co., Ltd. | 10/31/2020 6:20cv1019 | ECF No. 10 |
| 26 | Wsou Investments Llc V. Tp-Link Technology Co., Ltd. | 10/31/2020 6:20cv1022 | ECF No. 10 |
| 27 | Wsou Investments Llc V. Tp-Link Technology Co., Ltd. | 10/31/2020 6:20cv1016 | ECF No. 10 |
| 28 | Wsou Investments Llc V. Tp-Link Technology Co., Ltd. | 10/31/2020 6:20cv1020 | ECF No. 10 |
| 29 | Wsou Investments Llc V. Tp-Link Technology Co., Ltd. | 10/31/2020 6:20cv1015 | ECF No. 10 |
| 30 | Wsou Investments Llc V. Tp-Link Technology Co., Ltd. | 10/31/2020 6:20cv1018 | ECF No. 10 |
| 31 | Wsou Investments Llc V. Tp-Link Technology Co., Ltd. | 10/31/2020 6:20cv1012 | ECF No. 10 |
| 32 | Wsou Investments Llc V. Tp-Link Technology Co., Ltd. | 10/31/2020 6:20cv1017 | ECF No. 10 |
| 33 | Wsou Investments Llc V. Tp-Link Technology Co., Ltd. | 10/31/2020 6:20cv1021 | ECF No. 10 |
| 34 | Wsou Investments Llc V. Canon, Inc. | 10/19/2020 6:20cv984 | ECF No. 8 |
| 35 | Wsou Investments Llc V. Canon, Inc. | 10/19/2020 6:20cv980 | ECF No. 8 |
| 36 | Wsou Investments Llc V. Canon, Inc. | 10/19/2020 6:20cv982 | ECF No. 8 |
| 37 | Wsou Investments Llc V. Canon, Inc. | 10/19/2020 6:20cv985 | ECF No. 8 |
| 38 | Wsou Investments Llc V. Canon, Inc. | 10/19/2020 6:20cv981 | ECF No. 8 |
| 39 | Wsou Investments Llc V. Oneplus Technology (Shenzhen) Co., Ltd. | 10/14/2020 6:20cv956 | ECF No. 8 |
| 40 | Wsou Investments Llc V. Oneplus Technology (Shenzhen) Co., Ltd. | 10/14/2020 6:20cv953 | ECF No. 8 |
| 41 | Wsou Investments Llc V. Oneplus Technology (Shenzhen) Co., Ltd. | 10/14/2020 6:20cv958 | ECF No. 8 |
| 42 | Wsou Investments Llc V. Oneplus Technology (Shenzhen) Co., Ltd. | 10/14/2020 6:20cv952 | ECF No. 8 |
| 43 | Wsou Investments Llcv. Oneplus Technology (Shenzhen) Co., Ltd. | 10/14/2020 6:20cv957 | ECF No. 8 |
| 44 | Wsou Investments Llc V. Nec Corporation | 10/7/2020 6:20cv925 | ECF No. 8 |
| 45 | Wsou Investments Llc V. Nec Corporation | 10/7/2020 6:20cv927 | ECF No. 8 |
| 46 | Wsou Investments Llc V. Nec Corporation | 10/7/2020 6:20cv926 | ECF No. 8 |
| 47 | Wsou Investments Llc D/B/A Brazos Licensing And Development V. Nec Corporation | 10/7/2020 6:20cv923 | ECF No. 8 |
| 48 | Wsou Investments Llc D/B/A Brazos Licensing And Development V. Nec Corporation | 10/7/2020 6:20cv924 | ECF No. 8 |
| 49 | Wsou Investments Llc D/B/A Brazos Licensing And Development V. Huawei Technologies Co. Ltd. Et Al | 10/2/2020 6:20cv916 | |
| 50 | Wsou Investments Llc D/B/A Brazos Licensing And Development V. Huawei Technologies Co. Ltd. Et Al | 10/2/2020 6:20cv917 | |

| | | | |
|---|---|---|---|
| 51 | Wsou Investments Llc V. Juniper Networks, Inc. | 9/30/2020 | 6:20cv903 |
| 52 | Wsou Investments Llc D/B/A Brazos Licensing And Development V. Juniper Networks, Inc. | 9/30/2020 | 6:20cv902 |
| 53 | Wsou Investments Llc V. Huawei Technologies Co., Ltd. Et Al | 9/29/2020 | 6:20cv891 |
| 54 | Wsou Investments Llc D/B/A Brazos Licensing And Development V. Huawei Technologies Co., Ltd. Et Al | 9/29/2020 | 6:20cv890 |
| 55 | Wsou Investments Llc D/B/A Brazos Licensing And Development V. Huawei Technologies Co., Ltd. Et Al | 9/29/2020 | 6:20cv892 |
| 56 | Wsou Investments Llc D/B/A Brazos Licensing And Development V. Huawei Technologies Co., Ltd. Et Al | 9/29/2020 | 6:20cv893 |
| 57 | Wsou Investments Llc D/B/A Brazos Licensing And Development V. Huawei Technologies Co., Ltd. Et Al | 9/29/2020 | 6:20cv889 |
| 58 | Wsou Investments, Llc V. Xilinx, Inc. | 9/16/2020 | 1:20cv1233 (D. Del.) |
| 59 | Wsou Investments, Llc V. Xilinx, Inc. | 9/16/2020 | 1:20cv1231 (D. Del.) |
| 60 | Wsou Investments, Llc V. Xilinx, Inc. | 9/16/2020 | 1:20cv1228 (D. Del.) |
| 61 | Wsou Investments, Llc V. Xilinx, Inc. | 9/16/2020 | 1:20cv1229 (D. Del.) |
| 62 | Wsou Investments, Llc V. Xilinx, Inc. | 9/16/2020 | 1:20cv1232 (D. Del.) |
| 63 | Wsou Investments, Llc V. F5 Networks, Inc. | 9/15/2020 | 3:20cv720 (E.D. Va.) |
| 64 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. F5 Networks, Inc. | 9/15/2020 | 3:20cv724 (E.D. Va.) |
| 65 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. F5 Networks, Inc. | 9/15/2020 | 1:20cv1085 (E.D. Va.) |
| 66 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. F5 Networks, Inc. | 9/15/2020 | 1:20cv1084 (E.D. Va.) |
| 67 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. F5 Networks, Inc. | 9/15/2020 | 3:20cv719 (E.D. Va.) |
| 68 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. F5 Networks, Inc. | 9/15/2020 | 3:20cv721 (E.D. Va.) |
| 69 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. F5 Networks, Inc. | 9/15/2020 | 3:20cv722 (E.D. Va.) |
| 70 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. F5 Networks, Inc. | 9/15/2020 | 1:20cv1083 (E.D. Va.) |
| 71 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. F5 Networks, Inc. | 9/15/2020 | 1:20cv1082 (E.D. Va.) |
| 72 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. F5 Networks, Inc. | 9/15/2020 | 1:20cv1081 (E.D. Va.) |
| 73 | Wsou Investments Llc V. Juniper Networks, Inc. | 9/4/2020 | 6:20cv815 |
| 74 | Wsou Investments Llc V. Juniper Networks, Inc. | 9/4/2020 | 6:20cv813 |
| 75 | Wsou Investments Llc V. Juniper Networks, Inc. | 9/4/2020 | 6:20cv814 |
| 76 | Wsou Investments Llc V. Juniper Networks, Inc. | 9/4/2020 | 6:20cv812 |

| | | | |
|---|---|---|---|
| 77 | Wsou Investments Llc D/B/A Brazos Licensing And Development V. Juniper Networks, Inc. | 9/4/2020 | 6:20cv816 |
| 78 | Wsou Investments Llc D/B/A Brazos Licensing And Development V. Hewlett Packard Enterprise Company | 8/26/2020 | 6:20cv783 |
| 79 | Wsou Investments Llc V. Hewlett Packard Enterprise Company | 8/12/2020 | 6:20cv728 |
| 80 | Wsou Investments Llc V. Hewlett Packard Enterprise Company | 8/12/2020 | 6:20cv729 |
| 81 | Wsou Investments Llc V. Hewlett Packard Enterprise Company | 8/12/2020 | 6:20cv726 |
| 82 | Wsou Investments Llc V. Hewlett Packard Enterprise Company | 8/12/2020 | 6:20cv727 |
| 83 | Wsou Investments Llc V. Hewlett Packard Enterprise Company | 8/12/2020 | 6:20cv725 |
| 84 | Wsou Investments Llcv. Hewlett Packard Enterprise Company | 8/12/2020 | 6:20cv730 |
| 85 | Wsou Investments Llc V. Google Llc | 6/29/2020 | 6:20cv582 |
| 86 | Wsou Investments Llc V. Google Llc | 6/29/2020 | 6:20cv585 |
| 87 | Wsou Investments Llc V. Google Llc | 6/29/2020 | 6:20cv579 |
| 88 | Wsou Investments Llc V. Google Llc | 6/29/2020 | 6:20cv571 |
| 89 | Wsou Investments Llc V. Google Llc | 6/29/2020 | 6:20cv581 |
| 90 | Wsou Investments Llc V. Google Llc | 6/29/2020 | 6:20cv577 |
| 91 | Wsou Investments Llc V. Google Llc | 6/29/2020 | 6:20cv580 |
| 92 | Wsou Investments Llc V. Google Llc | 6/29/2020 | 6:20cv573 |
| 93 | Wsou Investments Llc V. Google Llc | 6/29/2020 | 6:20cv572 |
| 94 | Wsou Investments Llc V. Google Llc | 6/29/2020 | 6:20cv583 |
| 95 | Wsou Investments Llc V. Google Llc | 6/29/2020 | 6:20cv575 |
| 96 | Wsou Investments Llc V. Google Llc | 6/29/2020 | 6:20cv574 |
| 97 | Wsou Investments Llc V. Google Llc | 6/29/2020 | 6:20cv584 |
| 98 | Wsou Investments Llc V. Google Llc | 6/29/2020 | 6:20cv578 |
| 99 | Wsou Investments Llc V. Google Llc | 6/29/2020 | 6:20cv576 |
| 100 | Wsou Investments Llc V. Huawei Technologies Co., Ltd. Et Al | 6/17/2020 | 6:20cv539 |
| 101 | Wsou Investments Llc V. Huawei Technologies Co., Ltd. Et Al | 6/17/2020 | 6:20cv533 |
| 102 | Wsou Investments Llc V. Huawei Technologies Co., Ltd. Et Al | 6/17/2020 | 6:20cv534 |

| | | | |
|---|---|---|---|
| 103 | Wsou Investments Llc V. Huawei Technologies Co., Ltd. Et Al | 6/17/2020 | 6:20cv541 |
| 104 | Wsou Investments Llc V. Huawei Technologies Co., Ltd. Et Al | 6/17/2020 | 6:20cv542 |
| 105 | Wsou Investments Llc V. Huawei Technologies Co., Ltd. Et Al | 6/17/2020 | 6:20cv536 |
| 106 | Wsou Investments Llc V. Huawei Technologies Co., Ltd. Et Al | 6/17/2020 | 6:20cv537 |
| 107 | Wsou Investments Llc V. Huawei Technologies Co., Ltd. Et Al | 6/17/2020 | 6:20cv535 |
| 108 | Wsou Investments Llc V. Huawei Technologies Co., Ltd. Et Al | 6/17/2020 | 6:20cv538 |
| 109 | Wsou Investments Llc V. Huawei Technologies Co., Ltd. Et Al | 6/17/2020 | 6:20cv540 |
| 110 | Wsou Investments Llc V. Huawei Investment & Holding Co., Ltd. Et Al | 6/17/2020 | 6:20cv544 |
| 111 | Wsou Investments Llc V. Huawei Investment & Holding Co., Ltd. Et Al | 6/17/2020 | 6:20cv543 |
| 112 | Wsou Investments Llc V. Zte Corporation Et Al | 6/3/2020 | 6:20cv488 |
| 113 | Wsou Investments Llc V. Zte Corporation Et Al | 6/3/2020 | 6:20cv491 |
| 114 | Wsou Investments Llc V. Zte Corporation Et Al | 6/3/2020 | 6:20cv487 |
| 115 | Wsou Investments Llc V. Zte Corporation Et Al | 6/3/2020 | 6:20cv490 |
| 116 | Wsou Investments Llc V. Zte Corporation Et Al | 6/3/2020 | 6:20cv489 |
| 117 | Wsou Investments Llc V. Zte Corporation Et Al | 6/3/2020 | 6:20cv497 |
| 118 | Wsou Investments Llc V. Zte Corporation Et Al | 6/3/2020 | 6:20cv492 |
| 119 | Wsou Investments Llc V. Zte Corporation Et Al | 6/3/2020 | 6:20cv493 |
| 120 | Wsou Investments Llc V. Zte Corporation Et Al | 6/3/2020 | 6:20cv494 |
| 121 | Wsou Investments Llc V. Zte Corporation Et Al | 6/3/2020 | 6:20cv496 |
| 122 | Wsou Investments Llc V. Zte Corporation Et Al | 6/3/2020 | 6:20cv495 |
| 123 | Wsou Investments Llc V. Microsoft Corporation | 6/2/2020 | 6:20cv464 |
| 124 | Wsou Investments Llc V. Microsoft Corporation | 6/2/2020 | 6:20cv465 |
| 125 | Wsou Investments Llc V. Microsoft Corporation | 6/2/2020 | 6:20cv463 |
| 126 | Wsou Investments Llc V. Microsoft Corporation | 6/2/2020 | 6:20cv460 |
| 127 | Wsou Investments Llc V. Microsoft Corporation | 6/2/2020 | 6:20cv455 |
| 128 | Wsou Investments Llc V. Microsoft Corporation | 6/2/2020 | 6:20cv454 |

| 129 | Wsou Investments Llc V. Microsoft Corporation | 6/2/2020 | 6:20cv462 | |
|---|---|---|---|---|
| 130 | Wsou Investments Llc V. Microsoft Corporation | 6/2/2020 | 6:20cv457 | |
| 131 | Wsou Investments Llc V. Microsoft Corporation | 6/2/2020 | 6:20cv459 | |
| 132 | Wsou Investments Llc V. Microsoft Corporation | 6/2/2020 | 6:20cv461 | |
| 133 | Wsou Investments Llc V. Microsoft Corporation | 6/2/2020 | 6:20cv458 | |
| 134 | Wsou Investments Llc V. Microsoft Corporation | 6/2/2020 | 6:20cv456 | |
| 135 | Wsou Investments Llc V. Dell Technologies Inc. Et Al | 6/2/2020 | 6:20cv478 | |
| 136 | Wsou Investments Llc V. Dell Technologies Inc. Et Al | 6/2/2020 | 6:20cv485 | |
| 137 | Wsou Investments Llc V. Dell Technologies Inc. Et Al | 6/2/2020 | 6:20cv482 | |
| 138 | Wsou Investments Llc V. Dell Technologies Inc. Et Al | 6/2/2020 | 6:20cv476 | |
| 139 | Wsou Investments Llc V. Dell Technologies Inc. Et Al | 6/2/2020 | 6:20cv479 | |
| 140 | Wsou Investments Llc V. Dell Technologies Inc. Et Al | 6/2/2020 | 6:20cv481 | |
| 141 | Wsou Investments Llc V. Dell Technologies Inc. Et Al | 6/2/2020 | 6:20cv477 | |
| 142 | Wsou Investments Llc V. Dell Technologies Inc. Et Al | 6/2/2020 | 6:20cv473 | |
| 143 | Wsou Investments Llc V. Dell Technologies Inc. Et Al | 6/2/2020 | 6:20cv475 | |
| 144 | Wsou Investments Llc V. Dell Technologies Inc. Et Al | 6/2/2020 | 6:20cv486 | |
| 145 | Wsou Investments Llc V. Dell Technologies Inc. Et Al | 6/2/2020 | 6:20cv480 | |
| 146 | Wsou Investments Llcv. Dell Technologies Inc. Et Al | 6/2/2020 | 6:20cv474 | |
| 147 | Wsou Investments Llc D/B/A Brazos Licensing And Development V. Dell Technologies Inc. Et Al | 5/21/2020 | 6:20cv417 | |
| 148 | Wsou Investments Llc D/B/A Brazos Licensing And Development V. Dell Technologies Inc. Et Al | 5/21/2020 | 6:20cv418 | |
| 149 | Wsou Investments Llc V. Dell Technologies Inc. Et Al | 5/20/2020 | 6:20cv410 | |
| 150 | Wsou Investments Llc V. Dell Technologies Inc. Et Al | 5/20/2020 | 6:20cv412 | |
| 151 | Wsou Investments, Llc  V. Dell Technologies Inc. Et Al | 5/19/2020 | 6:20cv409 | |
| 152 | Wsou Investments, Llc  V. Dell Technologies Inc. Et Al | 5/19/2020 | 6:20cv408 | |
| 153 | Wsou Investments, Llc V. Dell Technologies Inc. Et Al | 5/19/2020 | 6:20cv407 | |
| 154 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. Dell Technologies Inc. Et Al | 5/19/2020 | 6:20cv406 | |

| | | | |
|---|---|---|---|
| 155 | Wsou Investments, Llc And Development V. Dell Technologies Inc. Et Al | 5/19/2020 | 6:20cv404 |
| 156 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. Dell Inc. Et Al | 5/18/2020 | 6:20cv403 |
| 157 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. Microsoft Corporation | 4/29/2020 | 6:20cv344 |
| 158 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. Microsoft Corporation | 4/29/2020 | 6:20cv341 |
| 159 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. Microsoft Corporation | 4/29/2020 | 6:20cv346 |
| 160 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. Microsoft Corporation | 4/29/2020 | 6:20cv340 |
| 161 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. Microsoft Corporation | 4/29/2020 | 6:20cv345 |
| 162 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. Microsoft Corporation | 4/29/2020 | 6:20cv342 |
| 163 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. Microsoft Corporation | 4/28/2020 | 6:20cv334 |
| 164 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. Microsoft Corporation | 4/28/2020 | 6:20cv333 |
| 165 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. Microsoft Corporation | 4/28/2020 | 6:20cv337 |
| 166 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. Microsoft Corporation | 4/28/2020 | 6:20cv335 |
| 167 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. Microsoft Corporation | 4/27/2020 | 6:20cv332 |
| 168 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. Microsoft Corporation | 4/27/2020 | 6:20cv331 |
| 169 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. Zte Corporation Et Al | 3/31/2020 | 6:20cv254 |
| 170 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. Zte Corporation Et Al | 3/31/2020 | 6:20cv255 |
| 171 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. Zte Corporation Et Al | 3/27/2020 | 6:20cv238 |
| 172 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. Zte Corporation Et Al | 3/27/2020 | 6:20cv240 |
| 173 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. Zte Corporation Et Al | 3/27/2020 | 6:20cv242 |
| 174 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. Zte Corporation Et Al | 3/26/2020 | 6:20cv228 |
| 175 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. Zte Corporation Et Al | 3/26/2020 | 6:20cv229 |
| 176 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. Zte Corporation Et Al | 3/26/2020 | 6:20cv231 |
| 177 | Wsou Investments Llc V. Zte Corporation Et Al | 3/25/2020 | 6:20cv224 |
| 178 | Wsou Investments, Llc V. Zte Corporation Et Al | 3/24/2020 | 6:20cv216 |
| 179 | Wsou Investments, Llc V. Zte Corporation Et Al | 3/23/2020 | 6:20cv211 |
| 180 | Wsou Investments, Llc Et Al | 3/22/2020 | 6:20cv209 |

| | | | |
|---|---|---|---|
| 181 | Wsou Investments, Llc V. Huawei Technologies Co., Ltd. Et Al | 3/20/2020 | 6:20cv204 |
| 182 | Wsou Investments, Llc V. Huawei Investment & Holding Co., Ltd. Et Al | 3/20/2020 | 6:20cv205 |
| 183 | Wsou Investments, Llc V. Huawei Technologies Company, Ltd. Et Al | 3/18/2020 | 6:20cv199 |
| 184 | Wsou Investments, Llc V. Huawei Investment & Holding Co., Ltd. Et Al | 3/18/2020 | 6:20cv198 |
| 185 | Wsou Investments, Llc V. Huawei Investment & Holding Co., Ltd. Et Al | 3/18/2020 | 6:20cv196 |
| 186 | Wsou Investments, Llc Et Al | 3/16/2020 | 6:20cv192 |
| 187 | Wsou Investments, Llc, Et Al | 3/16/2020 | 6:20cv190 |
| 188 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. Huawei Investment & Holding Co., Ltd. Et Al | 3/16/2020 | 6:20cv191 |
| 189 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. Huawei Investment & Holding Co., Ltd. Et Al | 3/16/2020 | 6:20cv189 |
| 190 | Wsou Investments, Llc D/B/A Brazos Licensing And Development V. Huawei Investment & Holding Co., Ltd. Et Al | 3/14/2020 | 6:20cv188 |
| 191 | Filing Error | 3/13/2020 | 6:20cv186 |
| 192 | Filing Error | 3/13/2020 | 6:20cv187 |