IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>    Plaintiff,<br><br>  v.<br><br>ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.,<br><br>    Defendant. | § § § § § § § § § § § § § | Civil Action No. 6:20-00952-ADA<br>Civil Action No. 6:20-00953-ADA<br>Civil Action No. 6:20-00956-ADA<br>Civil Action No. 6:20-00957-ADA<br>Civil Action No. 6:20-00958-ADA |

**PROPOSED ORDER DENYING DEFENDANT'S MOTION TO DISMISS**

  Before this Court is Defendant OnePlus Technology (Shenzhen) Co., Ltd.'s Motion To Dismiss For Insufficient Service of Process And Lack of Personal Jurisdiction, and Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development's Opposition thereto. Having considering the briefing, the Court finds that the motion should be **DENIED**.

  It is therefore **ORDERED** that Defendant's Motion To Dismiss For Insufficient Service of Process And Lack of Personal Jurisdiction is **DENIED**.

  SIGNED this ____ day of March, 2021.

                      _____
                      ALAN D. ALBRIGHT
                      UNITED STATES DISTRICT JUDGE