# EXHIBIT I

Case 6:20-cv-00952-ADA   Document 35-4   Filed 09/14/21   Page 2 of 4

# IBM DICTIONARY OF COMPUTING

*Compiled and edited by*
**GEORGE McDANIEL**

McGRAW-HILL, INC.
New York  San Francisco  Washington, D.C.  Auckland  Bogotá
Caracas  Lisbon  London  Madrid  Mexico City  Milan
Montreal  New Delhi  San Juan  Singapore
Sydney  Tokyo  Toronto

**Limitation of Liability**

While the Editor and Publisher of this book have made reasonable efforts to ensure the accuracy and timeliness of the information contained herein, neither the Editor nor the Publisher shall have any liability with respect to loss or damage caused or alleged to be caused by reliance on any information contained herein.

Copyright © 1994 by International Business Machines Corporation. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permisssion of the publisher.

1 2 3 4 5 6 7 8 9 0   DOC/DOC   9 9 8 7 6 5 4 3

ISBN 0-07-031488-8 (HC)
ISBN 0-07-031489-6 (PBK)

*The sponsoring editor for this book was Daniel A. Gonneau and the production supervisor was Thomas G. Kowalczyk.*

*Printed and bound by R. R. Donnelley & Sons Company.*

**Tenth Edition (August 1993)**

This is a major revision of the *IBM Dictionary of Computing,* SC20-1699-8, which is made obsolete by this edition. Changes are made periodically to the information provided herein.

It is possible that this material may contain reference to, or information about, IBM products (machines and programs), programming, or services that are not announced in your country. Such references or information must not be construed to mean that IBM intends to announce such IBM products, programming, or services in your country. Comments may be addressed to IBM Corporation, Department E37/656, P. O. Box 12195, Research Triangle Park, NC 27709.

**International Edition**

Copyright © 1994 by International Business Machines Corporation. Exclusive rights by McGraw-Hill, Inc. for manufacture and export. This book cannot be re-exported from the country to which it is consigned by McGraw-Hill. The International Edition is not available in North America.

When ordering this title, use ISBN 0-07-113383-6.

This book is printed on acid-free paper.

**procedure-correlation identifier (PCID)** In SNA, a value used to correlate all requests and replies associated with a given procedure.

**Procedure Division** One of the four main parts of a COBOL program. The Procedure Division contains instructions for solving a problem. The Procedure Division may contain imperative statements, conditional statements, paragraphs, procedures and sections.

**procedure language statements** In AS/400 query management, the query commands that are used in query procedures.

**procedure level** In BASIC, the relative position of a procedure within nested procedures; for example, if procedure A calls procedure B, and procedure B in turn calls procedure C, then procedure C is a third-level procedure.

**procedure library** A program library in direct access storage with job definitions. The reader/interpreter can be directed to read and interpret a particular job definition by an execute statement in the input stream.

**procedure member** A library member that contains statements, such as control language statements, necessary to perform one or more programs.

**procedure-name** In COBOL, a user-defined word that is used to name a paragraph or section in the Procedure Division. The procedure-name consists of a paragraph-name (which may be qualified), or a section-name.

**procedure-oriented language** A problem-oriented language that facilitates the expression of a procedure as an explicit algorithm; for example, FORTRAN, ALGOL, COBOL, PL/I. (I) (A) Synonymous with procedural language.

**procedure recursion level** In PL/I, the count that is increased when an internal procedure is called recursively. The procedure recursion level cannot be specified on the system debug commands, and only the last (most recent) procedure recursion level is available for debugging. Contrast with program recursion level.

**Procedures Language** The REXX language, extensions to the language, such as double-byte character set (DBCS) support, and environmental interfaces, such as exits.

**procedure start request** In System/36, a message from a remote system asking an SSP-ICF subsystem to start a procedure.

**procedure statement** A declaration used to assign a name to a procedure. (T) Synonymous with subroutine statement.

**procedure step** A unit of work associated with a processing program and related data within a cataloged or in-stream procedure. A cataloged procedure consists of one or more procedure steps.

**procedure subprogram** A function or subroutine subprogram.

**process** (1) A course of the events defined by its purpose or by its effect, achieved under given conditions. (2) In data processing, the course of events that occurs during the execution of all or part of a program. (T) (3) Any operation or combination of operations on data. (4) A function being performed or waiting to be performed. (5) To perform operations on data in a process. (I) (A)

**processable scored card** A scored card including at least one separable part that can be processed after separation. (A)

**process access group (PAG)** In the AS/400 system and System/38, a group of job-related objects that may be paged in and out of storage in a single operation when a job (a process) enters or leaves a long wait.

**process anchor block (PAB)** In VTAM, a process scheduling services dispatch point.

**process assembly** In the 3800 Printing Subsystem, the assembly that includes the air system, charge corona, cleaner, developer, drum, forms overlay, laser, operator panel, paper input ramp and splicer, and transfer station.

**process check** Synonym for program exception.

**process computer system** A computer system with a process interface system that monitors or controls a technical process. (T)

**process control** Automatic control of a process, in which a computer system is used to regulate usually continuous operations or processes. (I) (A)

**process control equipment** Equipment that measures the variables of a technical process, directs the process according to control signals from the process computer system, and provides appropriate signal transformation; for example, sensors, transducers, actuators. (T)

**process control system** A computer system, process control equipment, and, possibly, a process interface system.