# EXHIBIT J

By the Editors of the
AMERICAN HERITAGE® Dictionaries

AN A TO Z GUIDE
TO HARDWARE,
SOFTWARE,
AND CYBERSPACE

*dictionary of computer and internet words*

# dictionary of computer and internet words

[ an A to Z guide to hardware, software, and cyberspace ]



Houghton Mifflin Company
Boston   New York

Words are included in this Dictionary on the basis of their usage. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to any proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 2001 by Houghton Mifflin Company.
All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, 222 Berkeley Street, Boston, Massachusetts 02116.

Visit our website: www.houghtonmifflinbooks.com

Library of Congress Cataloging-in-Publication Data

Dictionary of computer and internet words : an A to Z guide to hardware, software, and cyberspace.
    p. cm.
  ISBN 0-618-10137-3
  1. Computers--Dictionaries. 2. Internet--Dictionaries.
QA76.15 .D5255 2001
004'.03--dc21
                                                           2001016890

Manufactured in the United States of America

DOH  10  9  8  7  6  5  4  3  2  1

**printer font**  A font that is only available for use by a printer and cannot be displayed onscreen. If text is formatted with a printer font, it is displayed onscreen using a default screen font. You must wait until you print to see what the printer fonts used in a document look like. Printer fonts can be built into the printer (resident fonts), downloaded from disk into the printer's memory, or stored in a font cartridge. Users of Apple Macintosh computers or Microsoft Windows who may wish to avoid the discrepancy between screen and printer fonts can buy Adobe Type Manager (ATM) or Apple's TrueType outline fonts, which look the same on-screen as when printed.

**printout**  Printed output of text or data; hard copy.

**Print Screen key**  *Abbreviated* **Prt Sc**  A key on many IBM PC and compatible computer keyboards that when pressed sends whatever text and graphics are currently on the display screen to the printer (under DOS) or to the clipboard (under Microsoft Windows).

**print server**  *See* **server**.

**print spooler**  *See* **spooler**.

**process**  *n.*  1. A program.  2. A part of a program that does a single task.
   *v.* To perform an operation, such as sorting or calculating, on data.

**process color**  Cyan, magenta, yellow, or black. *See* **CYMK**.

**processor**  1. *See* **microprocessor**.  2. *See* **CPU**.

**program**  *v.* To write a set of instructions that a computer can execute.
   *n.* A set of instructions that a computer can execute. A program is a sequence of directions, called statements, that specify exactly what the computer needs to do to accomplish a predetermined task. A program is written in a programming language, a specially constructed vocabulary and set of rules for instructing a computer. Generally, one programs in a high-level language, such as Pascal, C, C++, or BASIC. Programs can also be written in assembly language, a low-level language one step removed from the machine language understood by the computer.
   Programming instructions are often referred to as code. The program as written by the programmer is called the source code. A program that has been translated into machine language and is ready to run is known as an *executable program* or *executable code*. Software that you purchase consists of one or more executable programs.