# EXHIBIT K



Case 6:20-cv-00952-ADA   Document 35-6   Filed 09/14/21   Page 3 of 5

# A Dictionary of
# Computing

SIXTH EDITION



# OXFORD
UNIVERSITY PRESS

Great Clarendon Street, Oxford OX2 6DP

Oxford University Press is a department of the University of Oxford.
It furthers the University's objective of excellence in research, scholarship,
and education by publishing worldwide in

Oxford  New York
Auckland  Cape Town  Dar es Salaam  Hong Kong  Karachi
Kuala Lumpur  Madrid  Melbourne  Mexico City  Nairobi
New Delhi  Shanghai  Taipei  Toronto

With offices in
Argentina  Austria  Brazil  Chile  Czech Republic  France  Greece
Guatemala  Hungary  Italy  Japan  Poland  Portugal  Singapore
South Korea  Switzerland  Thailand  Turkey  Ukraine  Vietnam

Oxford is a registered trade mark of Oxford University Press
in the UK and in certain other countries

Published in the United States
by Oxford University Press Inc., New York

© Market House Books Ltd, 1983, 1986, 1990, 2004, 2008

The moral rights of the author have been asserted
Database right Oxford University Press (maker)

First edition 1983
Second edition 1986
Third edition 1990
Fourth edition 1996
Fifth edition 2004
Sixth edition 2008

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted in any form or by any means,
without the prior permission in writing of Oxford University Press,
or as expressly permitted by law, or under terms agreed with the appropriate
reprographics rights organization. Enquiries concerning reproduction
outside the scope of the above should be sent to the Rights Department,
Oxford University Press, at the address above

You must not circulate this book in any other binding or cover
and you must impose this same condition on any acquirer

British Library Cataloguing in Publication Data
Data available

Library of Congress Cataloging in Publication Data
Data available

Typeset by Market House Books Ltd.
Printed in Great Britain
on acid-free paper by
Clays Ltd, St Ives plc

ISBN 978-0-19-923401-1

10 9 8 7 6 5 4 3 2 1

tions are the *binomial distribution and the *Poisson distribution.

**Continuous probability distributions** apply to observations, such as physical measurements, where no two observations are likely to be exactly the same. Since the probability of observing exactly a given value is about zero, a mathematical function, the **cumulative distribution function**, $F(x)$, is used instead. This is defined as the probability that the observation does not exceed $x$. $F(x)$ increases monotonically with $x$ from 0 to 1, and the probability of observing any value between two limits, $x_1$ and $x_2$, is

$$F(x_2) - F(x_1)$$

This definition leads, by differential calculus, to the **frequency function**, $f(x)$, which is the limiting ratio of

$$F(x + h) - F(x) \text{ to } h$$

as $h$ becomes small, so that the probability of an observation between $x$ and $(x + h)$ is $h.f(x)$. The most important continuous distribution is the *normal (or Gaussian) distribution.

Probability distributions are defined in terms of *parameters, whose values determine the numerical values of the probabilities.

**probit analysis** A statistical technique used to relate the proportion of subjects responding to the strength of an applied stimulus. The stimulus is often applied in a series of increasing amounts in geometrical progression, and the proportion responding is modeled by the cumulative normal frequency distribution (see PROBABILITY DISTRIBUTIONS). The method estimates the **median effective stimulus** or *LD50* and the **slope** of the response. It is widely used in pharmacology, biology, and in testing the safety of products.

**problem definition** A precise statement of some problem to be solved, with the emphasis on providing a complete and unambiguous definition of the problem rather than an easy introduction to it.

**problem description** A self-contained overview of some problem to be solved, perhaps with accompanying information on constraints that the solution must respect, possible approaches to the solution, etc.

**problem-oriented language** A programming language whose control structures and (in particular) data structures reflect in some measure the characteristics of a class of problems, e.g. commercial data processing or scientific computation. By contrast, the structures of a machine-oriented language reflect the internal structure of the underlying machine.

**procedural abstraction** The principle that any operation that achieves a well-defined effect can be treated by its users as a single entity, despite the fact that the operation may actually be achieved by some sequence of lower-level operations (*see also* ABSTRACTION). Procedural abstraction has been extensively employed since the early days of computing, and virtually all programming languages provide support for the concept (e.g. the SUBROUTINE of Fortran, the **procedure** of Algol, Pascal, Ada, the **function** of C, C++, and Java).

**procedural cohesion** *See* COHESION.

**procedural language** An *imperative *procedure-oriented language.

**procedure** A section of a program that carries out some well-defined operation on data specified by *parameters. It can be *called from anywhere in a program, and different parameters can be provided for each call.

The term procedure is generally used in the context of high-level languages; in assembly language the word *subroutine is more commonly employed.

**procedure-oriented language** A programming language that enables a program to be specified by defining a collection of *procedures. These procedures may call each other, and are called by the main program (which can itself be regarded as a procedure).

**process 1.** (task) A stream of activity. A process is defined by its code, i.e. the ordered set of machine instructions defining the actions that the process is to take, the contents of its *workspace, i.e. the set of data values that it can read, write, and manipulate, and its *process descriptor, which defines the current status of any resources that are allocated to the process. **2.** To carry out the actions defined by the sequence of instructions that make up the code of a program.

**process algebra** The algebraic study of abstract computing processes. Suppose that