IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,** | § § § § § § § § § § § § § | Civil Action No. 6:20-00952-ADA<br>Civil Action No. 6:20-00953-ADA<br>Civil Action No. 6:20-00956-ADA<br>Civil Action No. 6:20-00957-ADA<br>Civil Action No. 6:20-00958-ADA |
| *Plaintiff* | | |
| v. | | |
| **ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.** | | |
| *Defendant*. | | |

**PROPOSED ORDER GRANTING
DEFENDANT'S MOTION TO STRIKE PLAINTIFFS'
AMENDED INFRINGEMENT CONTENTIONS**

Pending before the Court is Defendant OnePlus Technology (Shenzhen) Co., Ltd.'s Motion to Strike Plaintiff's Amended Infringement Contentions. Having fully considered the briefing, the Court hereby **GRANTS** Defendant OnePlus Technology (Shenzhen) Co., Ltd.'s Motion. Accordingly,

**IT IS ORDERED** that in all above captioned cases, WSOU's allegations of indirect infringement and infringement under the doctrine of equivalents are struck from WSOU's amended infringement contentions with prejudice; and

For the -952, -953, -956, and -958 Cases, WSOU's contentions as to the Uncharted Accused Products are struck from WSOU's amended infringement contentions with prejudice unless within seven days from the date of this order WSOU confirms that it alleges that the asserted patents are standard essential patents; and

1

2

For the -957 case, WSOU's contentions as to the Uncharted Accused Products are struck from WSOU's amended infringement contentions with prejudice.

SIGNED on this ___ day of _____, 2021

                                                                                         _____
                                                                                         ALAN D ALBRIGHT
                                                                                         UNITED STATES DISTRICT JUDGE