# EXHIBIT 8

# Zuck, Austin L.

**From:** Minne, Jacob J.O.
**Sent:** Wednesday, June 9, 2021 10:53 AM
**To:** Jonathan K. Waldrop
**Cc:** WSOU v. OnePlus; Mark (waltfairpllc); djones@kasowitz.com; mbarber@kasowitz.com; jdowning@kasowitz.com; jshaw@kasowitz.com; Doris, Marilyn Jean; Nekita A. Washington; Hsu-Hoffman, Ahren C.; Chiaviello, Elizabeth M.; Lyons, Michael J.; Heather Kim
**Subject:** RE: WSOU Investments, LLC v. OnePlus Technology (Shenzhen) Co., Ltd., Civil Action Nos. 6:20-cv-00952, -953, -956, -957, -958 | Preliminary Infringement Contentions

Counsel,

We have not received any response to our prior weeks' correspondences, and thereby understand that you are refusing to update your infringement contentions at this time. If that is not correct, please provide your amended infringement contentions by noon tomorrow.

Best,

Jacob

**Jacob J.O. Minne**
**Morgan, Lewis & Bockius LLP**
1400 Page Mill Road | Palo Alto, CA 94304
Direct: +1.650.843.7280 | Main: +1.650.843.4000 | Fax: +1.650.843.4001
jacob.minne@morganlewis.com | www.morganlewis.com
Assistant: Marilyn Jean Doris | +1.650.843.7578 | marilyn.doris@morganlewis.com



---

**From:** Minne, Jacob J.O.
**Sent:** Wednesday, June 2, 2021 4:38 PM
**To:** 'Jonathan K. Waldrop' <JWaldrop@kasowitz.com>
**Cc:** 'WSOU v. OnePlus' <WSOUvOnePlus@kasowitz.com>; 'Mark (waltfairpllc)' <mark@waltfairpllc.com>; 'djones@kasowitz.com' <djones@kasowitz.com>; 'mbarber@kasowitz.com' <mbarber@kasowitz.com>; 'jdowning@kasowitz.com' <jdowning@kasowitz.com>; 'jshaw@kasowitz.com' <jshaw@kasowitz.com>; Doris, Marilyn Jean <marilyn.doris@morganlewis.com>; 'Nekita A. Washington' <NWashington@kasowitz.com>; Hsu-Hoffman, Ahren C. <ahren.hsu-hoffman@morganlewis.com>; Chiaviello, Elizabeth M. <elizabeth.chiaviello@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; 'Heather Kim' <HKim@kasowitz.com>
**Subject:** RE: WSOU Investments, LLC v. OnePlus Technology (Shenzhen) Co., Ltd., Civil Action Nos. 6:20-cv-00952, -953, -956, -957, -958 | Preliminary Infringement Contentions

Counsel,

Please see attached further correspondence.

Best,

Jacob

**Jacob J.O. Minne**
**Morgan, Lewis & Bockius LLP**
1400 Page Mill Road | Palo Alto, CA 94304
Direct: +1.650.843.7280 | Main: +1.650.843.4000 | Fax: +1.650.843.4001
jacob.minne@morganlewis.com | www.morganlewis.com
Assistant: Marilyn Jean Doris | +1.650.843.7578 | marilyn.doris@morganlewis.com



---

**From:** Minne, Jacob J.O.
**Sent:** Friday, May 28, 2021 6:10 PM
**To:** Jonathan K. Waldrop <JWaldrop@kasowitz.com>
**Cc:** WSOU v. OnePlus <WSOUvOnePlus@kasowitz.com>; Mark (waltfairpllc) <mark@waltfairpllc.com>; 'djones@kasowitz.com' <djones@kasowitz.com>; 'mbarber@kasowitz.com' <mbarber@kasowitz.com>; 'jdowning@kasowitz.com' <jdowning@kasowitz.com>; 'jshaw@kasowitz.com' <jshaw@kasowitz.com>; Doris, Marilyn Jean <marilyn.doris@morganlewis.com>; 'Nekita A. Washington' <NWashington@kasowitz.com>; Hsu-Hoffman, Ahren C. <ahren.hsu-hoffman@morganlewis.com>; Chiaviello, Elizabeth M. <elizabeth.chiaviello@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; 'Heather Kim' <HKim@kasowitz.com>
**Subject:** RE: WSOU Investments, LLC v. OnePlus Technology (Shenzhen) Co., Ltd., Civil Action Nos. 6:20-cv-00952, -953, -956, -957, -958 | Preliminary Infringement Contentions

Counsel,

Please see attached correspondence.

Best,

Jacob

**Jacob J.O. Minne**
**Morgan, Lewis & Bockius LLP**
1400 Page Mill Road | Palo Alto, CA 94304
Direct: +1.650.843.7280 | Main: +1.650.843.4000 | Fax: +1.650.843.4001
jacob.minne@morganlewis.com | www.morganlewis.com
Assistant: Marilyn Jean Doris | +1.650.843.7578 | marilyn.doris@morganlewis.com



---

**From:** Nekita A. Washington <NWashington@kasowitz.com>
**Sent:** Tuesday, May 18, 2021 3:41 PM
**To:** Minne, Jacob J.O. <jacob.minne@morganlewis.com>; Hsu-Hoffman, Ahren C. <ahren.hsu-hoffman@morganlewis.com>; Chiaviello, Elizabeth M. <elizabeth.chiaviello@morganlewis.com>; Lyons, Michael J.

<michael.lyons@morganlewis.com>
**Cc:** WSOU v. OnePlus <WSOUvOnePlus@kasowitz.com>; Mark (waltfairpllc) <mark@waltfairpllc.com>
**Subject:** WSOU Investments, LLC v. OnePlus Technology (Shenzhen) Co., Ltd., Civil Action Nos. 6:20-cv-00952, -953, -956, -957, -958 | Preliminary Infringement Contentions

[EXTERNAL EMAIL]
Counsel,

Please find attached WSOU Investment, LLC's Preliminary Infringement Contentions.

Regards,
Nekita

Nekita A. Washington
Case Manager
Kasowitz Benson Torres LLP
1230 Peachtree Street, NE
Suite 2445
Atlanta, Georgia 30309
Tel. (404) 260-6111
Fax. (404) 393-0473
NWashington@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.