# EXHIBIT 13

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC D/B/A** | § | |
| **BRAZOS LICENSING AND** | § | **Case No. 6:20-cv-00957-ADA** |
| **DEVELOPMENT,** | § | |
| *Plaintiff,* | § | **JURY TRIAL DEMANDED** |
| | § | |
| **v.** | § | |
| | § | |
| **ONEPLUS TECHNOLOGY** | § | |
| **(SHENZHEN) CO., LTD.,** | § | |
| *Defendant.* | § | |

**PLAINTIFF'S AMENDED FINAL DISCLOSURES OF
PRELIMINARY INFRINGEMENT CONTENTIONS**

Pursuant to the Court's Order Governing Proceeding – Patent Case ("Order Governing Proceeding"), Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") hereby provides its Amended Final Infringements Contentions to defendant OnePlus Technology (Shenzhen) Co., Ltd. ("OnePlus" or "Defendant") for U.S. Patent No. 8,712,708 (the "'708 Patent").

WSOU makes this disclosure based on the information presently available to it. Discovery in this case has not started, and WSOU reserves its right to amend or supplement these disclosures as permitted by the Federal Rules of Civil Procedure, by the local rules of the Western District of Texas, and by order of the Court, including the Court's Order Governing Proceedings.

For each Asserted Claim, Plaintiff identifies the following Accused Instrumentalities of which it is currently aware. The identification of Accused Instrumentalities is based on Plaintiff's research and analysis to date, without the benefit of discovery from the Defendant. Plaintiff reserves the right to add, delete, substitute or otherwise amend this list of Accused

1

Instrumentalities based on discovery or other circumstances, in a manner consistent with the Federal Rules of Civil Procedures, local rules, and standing orders.

The Accused Instrumentalities include, without limitation, the following:

- OnePlus Mobile Phones (such as OnePlus 8, OnePlus 7 Pro, OnePlus 8 Pro, OnePlus 8T, OnePlus 9, OnePlus 9 Pro).

- All past, current and future OnePlus products and services that operate in the same or substantially similar manner as the specifically identified products and services above and described in Exhibit 1.

- All past, current and future OnePlus products and services that have the same or substantially similar features as the specifically identified products and services above and described in Exhibit 1.

Plaintiff's infringement contentions apply to the Accused Instrumentalities as well as all other past, current and future hardware and software products and services developed, made, used, offered for sale, sold, imported, and provided by OnePlus that contain or makes use of the Patented Technology.[1]

Based upon currently available information, WSOU asserts that OnePlus has infringed and/or continues to infringe the patent and claims identified in the attached claim charts (the "Asserted Claims" of the "Patent-in-Suit").   Infringement claim charts evidencing the correspondence between (i) the elements of the Asserted Claims, and (ii) the corresponding items of the accused products are attached hereto.  Further, Exhibit 1, which is attached hereto and incorporated by reference, is an exemplary infringement claim chart identifying specifically where

---

[1] "Patented Technology" means all technologies described in the claims of the Patent-in-Suit.

each limitation of each Asserted Claim is found within each Accused Instrumentality or practiced by each Accused Instrumentality.

Plaintiff asserts that Defendant has directly infringed and continues to directly infringe the Asserted Claims literally through the Accused Instrumentalities by making, using, offering for sale, and/or selling, or importing into the United States the Accused Instrumentalities.  To the extent that Defendant alleges that one or more limitations of the Asserted Claims are not literally found in the Accused Instrumentalities, Plaintiff alleges that such limitations are found in or practiced by the Accused Instrumentalities under the doctrine of equivalents.  Any differences alleged to exist between any of the Asserted Claims and any of the Accused Instrumentalities are insubstantial and that each Accused Instrumentality also meets each limitation under the doctrine of equivalents as the identified features of the Accused Instrumentality performs substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim limitation.  WSOU reserves the right to assert infringement solely under the doctrine of equivalents with respect to any particular claim element(s), if warranted by discovery, further analysis, and/or claim constructions in this case.

## SM8150

## (OnePlus 7 Pro)

```
#define PSY_PROP(psy, prop, val) (power_supply_get_property(psy, \
                            POWER_SUPPLY_PROP_##prop, val))

#define _MPSY_PROP(prop, val) (power_supply_get_property(main_battery, \
                                              prop, val))

#define MPSY_PROP(prop, val) _MPSY_PROP(POWER_SUPPLY_PROP_##prop, val)
```

Source

```
101   static ssize_t power_supply_show_property(struct device *dev,
102                                 struct device_attribute *attr,
103                                 char *buf) {
104       ssize_t ret = 0;
105       struct power_supply *psy = dev_get_drvdata(dev);
106       const ptrdiff_t off = attr - power_supply_attrs;
107       union power_supply_propval value;
```

[Source]

```
230   /* Must be in the same order as POWER_SUPPLY_PROP_* */
231   static struct device_attribute power_supply_attrs[] = {
232       /* Properties of type `int' */
233       POWER_SUPPLY_ATTR(status),
234       POWER_SUPPLY_ATTR(set_allow_read_extern_fg_iic),
235       POWER_SUPPLY_ATTR(cc_to_cv_point),
236       POWER_SUPPLY_ATTR(chg_protect_status),
```

[Source]

```
262       POWER_SUPPLY_ATTR(voltage_max),
263       POWER_SUPPLY_ATTR(voltage_min),
264       POWER_SUPPLY_ATTR(voltage_max_design),
265       POWER_SUPPLY_ATTR(voltage_min_design),
266       POWER_SUPPLY_ATTR(voltage_now),
267       POWER_SUPPLY_ATTR(voltage_avg),
268       POWER_SUPPLY_ATTR(voltage_ocv),
269       POWER_SUPPLY_ATTR(voltage_boot),

285       POWER_SUPPLY_ATTR(constant_charge_voltage),
286       POWER_SUPPLY_ATTR(constant_charge_voltage_max),
```

[Source]

```
270       POWER_SUPPLY_ATTR(current_max),
271       POWER_SUPPLY_ATTR(current_now),
272       POWER_SUPPLY_ATTR(current_avg),
273       POWER_SUPPLY_ATTR(current_boot),

283       POWER_SUPPLY_ATTR(constant_charge_current),
284       POWER_SUPPLY_ATTR(constant_charge_current_max),

314       POWER_SUPPLY_ATTR(precharge_current),
315       POWER_SUPPLY_ATTR(charge_term_current),

333       POWER_SUPPLY_ATTR(input_current_max),
334       POWER_SUPPLY_ATTR(input_current_trim),
335       POWER_SUPPLY_ATTR(input_current_settled),
```

[Source]

```
276       POWER_SUPPLY_ATTR(charge_full_design),
277       POWER_SUPPLY_ATTR(charge_empty_design),
278       POWER_SUPPLY_ATTR(charge_full),
279       POWER_SUPPLY_ATTR(charge_empty),
280       POWER_SUPPLY_ATTR(charge_now),
281       POWER_SUPPLY_ATTR(charge_avg),
282       POWER_SUPPLY_ATTR(charge_counter),
283       POWER_SUPPLY_ATTR(constant_charge_current),
284       POWER_SUPPLY_ATTR(constant_charge_current_max),
285       POWER_SUPPLY_ATTR(constant_charge_voltage),
286       POWER_SUPPLY_ATTR(constant_charge_voltage_max),
287       POWER_SUPPLY_ATTR(charge_control_limit),
288       POWER_SUPPLY_ATTR(charge_control_limit_max),
```

[Source]

```
371  static int axp288_charger_usb_set_property(struct power_supply *psy,
372                              enum power_supply_property psp,
373                              const union power_supply_propval *val)
374  {
375      struct axp288_chrg_info *info = power_supply_get_drvdata(psy);
376      int ret = 0;
377      int scaled_val;
378
379      mutex_lock(&info->lock);
380
381      switch (psp) {
382      case POWER_SUPPLY_PROP_CONSTANT_CHARGE_CURRENT:
383          scaled_val = min(val->intval, info->max_cc);
384          scaled_val = DIV_ROUND_CLOSEST(scaled_val, 1000);
385          ret = axp288_charger_set_cc(info, scaled_val);
386          if (ret < 0)
387              dev_warn(&info->pdev->dev, "set charge current failed\n");
388          break;
389      case POWER_SUPPLY_PROP_CONSTANT_CHARGE_VOLTAGE:
390          scaled_val = min(val->intval, info->max_cv);
391          scaled_val = DIV_ROUND_CLOSEST(scaled_val, 1000);
392          ret = axp288_charger_set_cv(info, scaled_val);
393          if (ret < 0)
394              dev_warn(&info->pdev->dev, "set charge voltage failed\n");
395          break;
396      default:
397          ret = -EINVAL;
398      }
```

[Source](Source)

---

## SM8250

## (OnePlus 8, 8 Pro, 8T)

```
17
18   #define PSY_PROP(psy, prop, val) (power_supply_get_property(psy, \
19                           POWER_SUPPLY_PROP_##prop, val))
20
21   #define _MPSY_PROP(prop, val) (power_supply_get_property(main_battery, \
22                           prop, val))
23
24   #define MPSY_PROP(prop, val) _MPSY_PROP(POWER_SUPPLY_PROP_##prop, val)
```

Source: Exhibit G

```
144  static ssize_t power_supply_show_property(struct device *dev,
145                              struct device_attribute *attr,
146                              char *buf) {
147      ssize_t ret;
148      struct power_supply *psy = dev_get_drvdata(dev);
149      enum power_supply_property psp = attr - power_supply_attrs;
150      union power_supply_propval value;
```

Source: Exhibit E

```
298  /* Must be in the same order as POWER_SUPPLY_PROP_* */
299  static struct device_attribute power_supply_attrs[] = {
300      /* Properties of type `int' */
301      POWER_SUPPLY_ATTR(status),
302  /* @bsp, 2018/07/13 Battery & Charging porting */
303      POWER_SUPPLY_ATTR(set_allow_read_extern_fg_iic),
304      POWER_SUPPLY_ATTR(cc_to_cv_point),
305      POWER_SUPPLY_ATTR(chg_protect_status),
```

Source: Exhibit E

```
332        POWER_SUPPLY_ATTR(voltage_max),
333        POWER_SUPPLY_ATTR(voltage_min),
334        POWER_SUPPLY_ATTR(voltage_max_design),
335        POWER_SUPPLY_ATTR(voltage_min_design),
336        POWER_SUPPLY_ATTR(voltage_now),
337        POWER_SUPPLY_ATTR(voltage_avg),
338        POWER_SUPPLY_ATTR(voltage_ocv),
339        POWER_SUPPLY_ATTR(voltage_boot),
355        POWER_SUPPLY_ATTR(constant_charge_voltage),
356        POWER_SUPPLY_ATTR(constant_charge_voltage_max),
503        POWER_SUPPLY_ATTR(voltage_max_limit),
```

Source: Exhibit E

```
340        POWER_SUPPLY_ATTR(current_max),
341        POWER_SUPPLY_ATTR(current_now),
342        POWER_SUPPLY_ATTR(current_avg),
343        POWER_SUPPLY_ATTR(current_boot),

353        POWER_SUPPLY_ATTR(constant_charge_current),
354        POWER_SUPPLY_ATTR(constant_charge_current_max),

385        POWER_SUPPLY_ATTR(precharge_current),
386        POWER_SUPPLY_ATTR(charge_term_current),

404        POWER_SUPPLY_ATTR(input_current_max),
405        POWER_SUPPLY_ATTR(input_current_trim),
406        POWER_SUPPLY_ATTR(input_current_settled),
```

Source: Exhibit E

```
346        POWER_SUPPLY_ATTR(charge_full_design),
347        POWER_SUPPLY_ATTR(charge_empty_design),
348        POWER_SUPPLY_ATTR(charge_full),
349        POWER_SUPPLY_ATTR(charge_empty),
350        POWER_SUPPLY_ATTR(charge_now),
351        POWER_SUPPLY_ATTR(charge_avg),
352        POWER_SUPPLY_ATTR(charge_counter),
353        POWER_SUPPLY_ATTR(constant_charge_current),
354        POWER_SUPPLY_ATTR(constant_charge_current_max),
355        POWER_SUPPLY_ATTR(constant_charge_voltage),
356        POWER_SUPPLY_ATTR(constant_charge_voltage_max),
357        POWER_SUPPLY_ATTR(charge_control_limit),
358        POWER_SUPPLY_ATTR(charge_control_limit_max),
```

Source: Exhibit E

```
303    static int axp288_charger_usb_set_property(struct power_supply *psy,
304                        enum power_supply_property psp,
305                        const union power_supply_propval *val)
306    {
307        struct axp288_chrg_info *info = power_supply_get_drvdata(psy);
308        int ret = 0;
309        int scaled_val;
370
371        switch (psp) {
372        case POWER_SUPPLY_PROP_CONSTANT_CHARGE_CURRENT:
373            scaled_val = min(val->intval, info->max_cc);
374            scaled_val = DIV_ROUND_CLOSEST(scaled_val, 1000);
375            ret = axp288_charger_set_cc(info, scaled_val);
376            if (ret < 0)
377                dev_warn(&info->pdev->dev, "set charge current failed\n");
378            break;
379        case POWER_SUPPLY_PROP_CONSTANT_CHARGE_VOLTAGE:
380            scaled_val = min(val->intval, info->max_cv);
381            scaled_val = DIV_ROUND_CLOSEST(scaled_val, 1000);
382            ret = axp288_charger_set_cv(info, scaled_val);
383            if (ret < 0)
384                dev_warn(&info->pdev->dev, "set charge voltage failed\n");
385            break;
386        case POWER_SUPPLY_PROP_INPUT_CURRENT_LIMIT:
387            ret = axp288_charger_set_vbus_inlmt(info, val->intval);
388            if (ret < 0)
389                dev_warn(&info->pdev->dev, "set input current limit failed\n");
390            break;
391        default:
392            ret = -EINVAL;
393        }
```

| Source: Exhibit H |
| --- |

## **SM8350**

## **(OnePlus 9, 9 Pro)**

```
#define PSY_PROP(psy, prop, val) (power_supply_get_property(psy, \
                           POWER_SUPPLY_PROP_##prop, val))

#define _MPSY_PROP(prop, val) (power_supply_get_property(main_battery, \
                                       prop, val))

#define MPSY_PROP(prop, val) _MPSY_PROP(POWER_SUPPLY_PROP_##prop, val)
```

[Source](#)

```
266    static ssize_t power_supply_show_property(struct device *dev,
267                                       struct device_attribute *attr,
268                                       char *buf) {
269        ssize_t ret;
270        struct power_supply *psy = dev_get_drvdata(dev);
271        struct power_supply_attr *ps_attr = to_ps_attr(attr);
272        enum power_supply_property psp = dev_attr_psp(attr);
273        union power_supply_propval value;
```

[Source](#)

```
135    static struct power_supply_attr power_supply_attrs[] = {
136        /* Properties of type `int` */
137        POWER_SUPPLY_ENUM_ATTR(STATUS),
138        POWER_SUPPLY_ENUM_ATTR(CHARGE_TYPE),
139        POWER_SUPPLY_ENUM_ATTR(HEALTH),
140        POWER_SUPPLY_ATTR(PRESENT),
141        POWER_SUPPLY_ATTR(ONLINE),
142        POWER_SUPPLY_ATTR(AUTHENTIC),
143        POWER_SUPPLY_ENUM_ATTR(TECHNOLOGY),
```

[Source](#)

```
145        POWER_SUPPLY_ATTR(VOLTAGE_MAX),
146        POWER_SUPPLY_ATTR(VOLTAGE_MIN),
147        POWER_SUPPLY_ATTR(VOLTAGE_MAX_DESIGN),
148        POWER_SUPPLY_ATTR(VOLTAGE_MIN_DESIGN),
149        POWER_SUPPLY_ATTR(VOLTAGE_NOW),
150        POWER_SUPPLY_ATTR(VOLTAGE_AVG),
151        POWER_SUPPLY_ATTR(VOLTAGE_OCV),
152        POWER_SUPPLY_ATTR(VOLTAGE_BOOT),

168        POWER_SUPPLY_ATTR(CONSTANT_CHARGE_VOLTAGE),
169        POWER_SUPPLY_ATTR(CONSTANT_CHARGE_VOLTAGE_MAX),
```

[Source](#)

```
153        POWER_SUPPLY_ATTR(CURRENT_MAX),
154        POWER_SUPPLY_ATTR(CURRENT_NOW),
155        POWER_SUPPLY_ATTR(CURRENT_AVG),
156        POWER_SUPPLY_ATTR(CURRENT_BOOT),

166        POWER_SUPPLY_ATTR(CONSTANT_CHARGE_CURRENT),
167        POWER_SUPPLY_ATTR(CONSTANT_CHARGE_CURRENT_MAX),
```

```
203        POWER_SUPPLY_ATTR(PRECHARGE_CURRENT),
204        POWER_SUPPLY_ATTR(CHARGE_TERM_CURRENT),
```

Source

```
159        POWER_SUPPLY_ATTR(CHARGE_FULL_DESIGN),
160        POWER_SUPPLY_ATTR(CHARGE_EMPTY_DESIGN),
161        POWER_SUPPLY_ATTR(CHARGE_FULL),
162        POWER_SUPPLY_ATTR(CHARGE_EMPTY),
163        POWER_SUPPLY_ATTR(CHARGE_NOW),
164        POWER_SUPPLY_ATTR(CHARGE_AVG),
165        POWER_SUPPLY_ATTR(CHARGE_COUNTER),
166        POWER_SUPPLY_ATTR(CONSTANT_CHARGE_CURRENT),
167        POWER_SUPPLY_ATTR(CONSTANT_CHARGE_CURRENT_MAX),
168        POWER_SUPPLY_ATTR(CONSTANT_CHARGE_VOLTAGE),
169        POWER_SUPPLY_ATTR(CONSTANT_CHARGE_VOLTAGE_MAX),
170        POWER_SUPPLY_ATTR(CHARGE_CONTROL_LIMIT),
171        POWER_SUPPLY_ATTR(CHARGE_CONTROL_LIMIT_MAX),
```

Source

```
357  static int axp288_charger_usb_set_property(struct power_supply *psy,
358                        enum power_supply_property psp,
359                        const union power_supply_propval *val)
360  {
361      struct axp288_chrg_info *info = power_supply_get_drvdata(psy);
362      int ret = 0;
363      int scaled_val;
364
365      switch (psp) {
366      case POWER_SUPPLY_PROP_CONSTANT_CHARGE_CURRENT:
367          scaled_val = min(val->intval, info->max_cc);
368          scaled_val = DIV_ROUND_CLOSEST(scaled_val, 1000);
369          ret = axp288_charger_set_cc(info, scaled_val);
370          if (ret < 0)
371              dev_warn(&info->pdev->dev, "set charge current failed\n");
372          break;
373      case POWER_SUPPLY_PROP_CONSTANT_CHARGE_VOLTAGE:
374          scaled_val = min(val->intval, info->max_cv);
375          scaled_val = DIV_ROUND_CLOSEST(scaled_val, 1000);
376          ret = axp288_charger_set_cv(info, scaled_val);
377          if (ret < 0)
378              dev_warn(&info->pdev->dev, "set charge voltage failed\n");
379          break;
380      case POWER_SUPPLY_PROP_INPUT_CURRENT_LIMIT:
381          ret = axp288_charger_set_vbus_inlmt(info, val->intval);
382          if (ret < 0)
383              dev_warn(&info->pdev->dev, "set input current limit failed\n");
384          break;
385      default:
386          ret = -EINVAL;
387      }
```

Source

Plaintiff further asserts that Defendant has indirectly infringed and continues to indirectly infringe by actively inducing infringement of one or more of the claims of the Asserted Patent through the Accused Instrumentalities.  Plaintiff also asserts that these third-parties directly infringe at least one or more of the claims of the Asserted Patent through the manufacture, use, sale, offer to sell, or importation of the Accused Instrumentalities.

For example, Defendant has actively induced infringement by encouraging the use of the Accused Instrumentalities in ways that infringe each Asserted Claim, including, but not limited through providing instructions to its customers and partners to encourage and instruct the user or partner to utilize the accused product in an infringing manner.  Defendant knew or should have known that such encouragement would induce infringement.  Defendant has taken active steps with the specific intent to encourage and cause others to use each Accused Instrumentality in ways that infringe each Asserted Claim.  Such active steps by Defendant with specific intent to induce infringement have included, among other things, advertising, promoting, marketing, making available for use, offering to sell, and/or selling the Accused Instrumentalities to others; encouraging and influencing others to import, offer to sell, and/or sell the Accused Instrumentalities; directing and instructing others to use the Accused Instrumentalities in infringing ways; and by providing the Accused Instrumentalities to others.  OnePlus has performed the aforementioned active steps with the knowledge of the Asserted Patent at least as of the date when the complaint in this case was filed.  OnePlus has known or should have known that the acts it has induced constitute infringement because, for instance, it has been aware that end users and resellers will purchase the Accused Instrumentalities will use them, resulting in direct infringement.

Further, for instance, the Accused Instrumentalities are known by Defendant to be especially made or especially adapted for use to infringe the Asserted Patent, and are not staple articles or commodity of commerce suitable for substantial non-infringing uses. Defendant contributes to the infringement of the Asserted Patent by making available for use, offering for sale, selling, and/or importing the Accused Instrumentalities to third parties, who use the Accused Instrumentalities and/or practice one or more claims of the Asserted Patent.  Moreover, Defendant

has had notice of the Asserted Patent at least as of the filing of the Complaint in this case.

These Infringement Contentions, including Exhibit 1, are based upon publicly-available information, and Plaintiff's research and analysis to date.  The Accused Instrumentalities involve confidential, proprietary designs that are not publicly available, and Defendant has not yet provided discovery.  Discovery is ongoing, and Plaintiff anticipates that the subject matter of these infringement contentions will be the subject of expert discovery.  Discovery will provide evidence of Defendant's infringement, may lead to the discovery of additional instances of infringement, and may also enable identification of additional claims that are infringed by Defendant.  Plaintiff reserves the right to add, delete, substitute, or otherwise further amend these Infringement Contentions based on discovery or other circumstances, in a manner consistent with the Federal Rules of Civil Procedures, local rules, and standing orders.  Plaintiff explicitly reserves the right to further modify and/or supplement these contentions with additional or different theories and/or additional or different evidence.  Further, WSOU reserves the right to supplement or revise its infringement contentions and/or chart, including identification of additional asserted claims, based on, for example, new versions or variations of one or more of the Accused Instrumentalities that are later discovered.

**<u>PRIORITY DATE</u>**

Each of the Asserted Claims of the '708 Patent is entitled to a priority date of no later than Oct. 25, 2010.  The subject matter described by the Asserted Claims, however, may have been conceived and reduced to practice prior to this priority date. WSOU also reserves the right to identify any portions of the file history as containing evidence of conception and reduction to practice.  Plaintiff's research and analysis is ongoing and Plaintiff reserves the right to assert that the claims are entitled to a priority date that is earlier than the above date.

Dated:  October 26, 2021

RESPECTFULLY SUBMITTED,

By:  */s/ Jonathan K. Waldrop*
    Jonathan K. Waldrop (CA Bar No. 297903)
    (Admitted in this District)
    jwaldrop@kasowitz.com
    Darcy L. Jones (CA Bar No. 309474)
    (Admitted in this District)
    djones@kasowitz.com
    Marcus A. Barber (CA Bar No. 307361)
    (Admitted in this District)
    mbarber@kasowitz.com
    John W. Downing (CA Bar No. 252850)
    (Admitted in this District)
    jdowning@kasowitz.com
    Heather S. Kim (CA Bar No. 277686)
    (Admitted in this District)
    hkim@kasowitz.com
    Jack Shaw (CA Bar No. 309382)
    (Admitted in this District)
    jshaw@kasowitz.com
    **KASOWITZ BENSON TORRES LLP**
    333 Twin Dolphin Drive, Suite 200
    Redwood Shores, California 94065
    Telephone: (650) 453-5170
    Facsimile: (650) 453-5171

    Joshua A. Whitehill (NY Bar No. 4766473)
    jwhitehill@kasowitz.com
    (*Pro hac vice* admission)
    Bradley P. Lerman (NY Bar No. 4906079)
    blerman@kasowitz.com
    (*Pro hac vice* admission)
    Howard L. Bressler (NY Bar No. 248379)
    hbressler@kasowitz.com
    (*Pro hac vice* admission)
    **KASOWITZ BENSON TORRES LLP**
    1633 Broadway
    New York, NY 10019
    Telephone: (212) 506-1700
    Facsimile:  (212) 506-1800

    Mark D. Siegmund (TX Bar No. 24117055)
    mark@swclaw.com
    **STECKLER WAYNE COCHRAN CHERRY PLLC**
    8416 Old McGregor Road
    Waco, TX 76712
    Telephone: (254) 651-3690
    Facsimile: (972) 387-4041

11

**Attorneys for Plaintiff**
**WSOU INVESTMENTS, LLC d/b/a**
**BRAZOS LICENSING AND**
**DEVELOPMENT**

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record, on this 26th day of October, 2021.

/s/ Jonathan K. Waldrop
Jonathan K. Waldrop

**Exhibit 1 to**
**WSOU Investments, LLC's**
**Amended Preliminary Infringement Contentions**

**Infringement Claim Chart of U.S. Patent No. 8,712,708 (the "Asserted Patent")**

The Accused Instrumentalities include, without limitation, OnePlus Technology (Shenzhen) Co., Ltd. ("OnePlus" or "Defendant"), OnePlus Mobile Phones such as OnePlus 8, OnePlus 7 Pro, OnePlus 8 Pro, OnePlus 8T, OnePlus 9, OnePlus 9 Pro; all past, current and future OnePlus products and services that operate in the same or substantially similar manner as the specifically identified products and services; and all past, current and future OnePlus products and services that have the same or substantially similar features as the specifically identified products and services.

WSOU Investments, LLC ("WSOU" or "Plaintiff") contends that OnePlus, including OnePlus's employees, directly infringes each of the Asserted Claims, either literally or under the doctrine of equivalents.  WSOU also contends that OnePlus has indirectly infringed and continues to indirectly infringe by contributing to and actively inducing infringement of one or more of the Asserted Claims.

WSOU does not intend this exemplary claim chart to be limiting, and WSOU reserves its rights to pursue other accused instrumentalities, patent claims, evidence, and infringement arguments in this case.

| Exhibit(s) | Description | Link |
|---|---|---|
| Exhibit A | OnePlus 8 Specification Page | https://www.oneplus.com/8/specs |
| Exhibit B | Article on Warp Charge by Android Central | https://www.androidcentral.com/warp-charge |
| Exhibit C | Blog on Warp Charge 30 by Volta Charger | https://voltacharger.com/blogs/news/warp-charge-30-faster-charging-for-your-oneplus-device |
| Exhibit D | How to charge the battery correctly | https://forums.oneplus.com/threads/how-to-charge-the-battery-correctly.780695/ |
| Exhibit E | GitHub OnePlus OSS Android Kernel Power Supply | https://github.com/OnePlusOSS/android_kernel_oneplus_sm8250/blob/cad09e061ef6cf689a4a1e54d27562e0f042236a/drivers/power/supply/power_supply_sysfs.c#L347 |
| Exhibit F | GitHub OnePlus OSS Android Frameworks Base | https://github.com/OnePlusOSS/android_frameworks_base/blob/95ba353daa05fdd1c6011554ab7152fadfcdb932/services/core/java/com/android/server/am/BatteryStatsService.java#L337 |
| Exhibit G | GitHub OnePlus OSS Android Kernel APM Power | https://github.com/OnePlusOSS/android_kernel_oneplus_sm8250/blob/cad09e061ef6cf689a4a1e54d27562e0f042236a/drivers/power/supply/apm_power.c |
| Exhibit H | GitHub OnePlus OSS Android Kernel Charger | https://github.com/OnePlusOSS/android_kernel_oneplus_sm8250/blob/d0cd6cd30f8e10b209461f24462ed316c76bc913/drivers/power/supply/axp288_charger.c#L363 |
| Exhibit I | GitHub OnePlus OSS Android Frameworks Base Battery Statistics | https://github.com/OnePlusOSS/android_frameworks_base/blob/95ba353daa05fdd1c6011554ab7152fadfcdb932/core/java/com/android/internal/os/BatteryStatsImpl.java#L8705 |

| Exhibit(s) | Description | Link |
|---|---|---|
| Exhibit J | Android Battery Statistics | https://android.googlesource.com/platform/frameworks/base.git/+/master/core/java/com/android/internal/os/BatteryStatsImpl.java |
| Exhibit K | OnePlus 9 Charging Test using Wrap Charger 65T | https://www.youtube.com/watch?v=CCHaMivzIvE |
| Exhibit L | Warp Charge 65T – Same Wattage but Better Performance | https://forums.oneplus.com/threads/deep-dive-lets-talk-charging.1403556/ |

| Claims | OnePlus 8, including OnePlus Smartphone based on Android OS (The accused product) |
|---|---|
| **1Pre.** A method, comprising: | The accused product practices a method that comprises of detecting, by an apparatus, an availability of a charger adapter. |
| **1a.** detecting, by an apparatus, an availability of a charger adapter; | OnePlus provides smartphones such as OnePlus 8, OnePlus 7 Pro, OnePlus 8 Pro, OnePlus 8T, OnePlus 9, OnePlus 9 Pro that comes along with a OnePlus propriety charging adapter such as Warp Charge 30 Power Adapter. The Warp Charge 30 Power Adapter (i.e., charger adapter) delivers a 30-Watt (i.e., W) power output for fast charging the accused product. See Fig. 1 & Fig. 2. The accused product detects and displays the 'Warp charging' as it gets connect (i.e., available) with the Warp Charge 30 Power Adapter via the Warp type-c cable as shown in Fig. 3. |

**Citation 1: OnePlus 8**



Fig. 1

Source: https://www.oneplus.com/8/specs, Page 1, Last Accessed May 18, 2021, Exhibit A

**Citation 2: Warp Charge 30 Power Adapter**

Fig. 2

Source: https://www.oneplus.com/8/specs, Page 4, Last Accessed May 18, 2021, Exhibit A

| | |
|---|---|
| | **Citation 3: Warp Charging display** <br><br>  <br><br> Fig. 3 <br><br> Source: https://www.androidcentral.com/warp-charge, Page 3, Last Accessed July 24, 2020, Exhibit B |
| **1b.** determining, by the apparatus, whether a battery charging point | The method that accused product practices comprises, whether a battery charging point is in a constant current phase or in a constant voltage phase, based on pre-determined battery charging characteristics, wherein the pre- |

| | |
|---|---|
| is in a constant current phase or in a constant voltage phase, based on pre-determined battery charging characteristics, wherein the pre-determined battery charging characteristics comprise constant current phase charging characteristics and constant voltage phase charging characteristics; | determined battery charging characteristics comprise constant current phase charging characteristics and constant voltage phase charging characteristics.<br><br>As described in the patent US'708B2 [Page 14, Line 18, Column 7] *"The capacity of a battery is the quantity of electrical charge stored in the battery at a given level.  The capacity of a fully charged battery is usually measured in amp-hours (AH) or milliamp-hours (mAH) and is a measure of the size of the battery."*<br><br>The Warp Charge technology uses constant current charging (i.e., constant current phase) at multi-step of voltage open loop (or, multiple stages of voltage change).  See Fig. 4.<br><br>**Citation 4: Warp Charge Uses Constant Current Charging**<br><br>Similar to Dash Charge, the Warp Charge technology is based on OPPO's Super Voltage Open Loop Multi-step Constant-Current Charging (Super VOOC) standard. At a regular voltage of 5V, Warp charge can attain 30W at 6A.<br><br>Fig. 4<br><br>Source: https://voltacharger.com/blogs/news/warp-charge-30-faster-charging-for-your-oneplus-device, Page 2, Last Accessed May 18, 2021, Exhibit C<br><br>As described in the patent US'708B2 [Page 13, Line 14, Column 5] *"As the accumulated charge in the battery 160 increases, there comes a point at which the operation of the CC/CV charger IC 154 passes from the constant current (CC) phase to the constant voltage (CV) phase.  In accordance with an embodiment of the invention, estimating the remaining charging time of the rechargeable battery 160 is based on determining whether the battery's charging point is in the constant current phase or in the constant voltage phase."* |

OnePlus 8 includes a microcontroller unit that constantly monitor the charge level to determine the desired amperage (or, current) to be delivered.  The accused product comprises a charging point (e.g. integrated circuit, or another hardware) that supplies constant current/constant voltage to the battery.  The accused product switches to the constant voltage phase, when the accused product (or, microcontroller unit) have change in desired amperage to prevent battery from overheating and burn down.  See Fig. 5.

**Citation 5: Microcontroller unit determines desired amperage**



Fig. 5

Source: https://www.androidcentral.com/warp-charge, Page 3, Last Accessed July 24, 2020, Exhibit B

Fig. 6 to Fig. 9 shows a snippet of OnePlus kernel source code that is installed onto the accused product.  The accused product determines whether the power supply (or, Warp Charge 30 Power Adapter) is in constant current phase or constant voltage phase and associates the psp enum value accordingly.

**Citation 6: psp enum value determination**

```
17
18    #define PSY_PROP(psy, prop, val) (power_supply_get_property(psy, \
19                              POWER_SUPPLY_PROP_##prop, val))
20
21    #define _MPSY_PROP(prop, val) (power_supply_get_property(main_battery, \
22                                              prop, val))
23
24    #define MPSY_PROP(prop, val) _MPSY_PROP(POWER_SUPPLY_PROP_##prop, val)
```

Fig. 6

Source :

https://github.com/OnePlusOSS/android_kernel_oneplus_sm8250/blob/cad09e061ef6cf689a4a1e54d27562e0f0

42236a/drivers/power/supply/apm_power.c, Page 1, Last Accessed May 18, 2021, Exhibit G


**Citation 7: Power Supply Attribute and Property**

```
144   static ssize_t power_supply_show_property(struct device *dev,
145                                     struct device_attribute *attr,
146                                     char *buf) {
147           ssize_t ret;
148           struct power_supply *psy = dev_get_drvdata(dev);
149           enum power_supply_property psp = attr - power_supply_attrs;
150           union power_supply_propval value;
```

Fig. 7

Source:

https://github.com/OnePlusOSS/android_kernel_oneplus_sm8250/blob/cad09e061ef6cf689a4a1e54d27562e0f0

42236a/drivers/power/supply/power_supply_sysfs.c#L353, Page 2, Last Accessed May 18, 2021, Exhibit E

**Citation 8: Device Attributes for Power Supply**

```
298   /* Must be in the same order as POWER_SUPPLY_PROP_* */
299   static struct device_attribute power_supply_attrs[] = {
300         /* Properties of type `int' */
301         POWER_SUPPLY_ATTR(status),
302   /* @bsp, 2018/07/13 Battery & Charging porting */
303         POWER_SUPPLY_ATTR(set_allow_read_extern_fg_iic),
304         POWER_SUPPLY_ATTR(cc_to_cv_point),
305         POWER_SUPPLY_ATTR(chg_protect_status),
```

Fig. 8

Source:

https://github.com/OnePlusOSS/android_kernel_oneplus_sm8250/blob/cad09e061ef6cf689a4a1e54d27562e0f042236a/drivers/power/supply/power_supply_sysfs.c#L353, Page 4, Last Accessed May 18, 2021, Exhibit E

**Citation 9: psp enum value determines**

```
363  static int axp288_charger_usb_set_property(struct power_supply *psy,
364                                  enum power_supply_property psp,
365                                  const union power_supply_propval *val)
366  {
367          struct axp288_chrg_info *info = power_supply_get_drvdata(psy);
368          int ret = 0;
369          int scaled_val;
370
371          switch (psp) {
372          case POWER_SUPPLY_PROP_CONSTANT_CHARGE_CURRENT:
373                  scaled_val = min(val->intval, info->max_cc);
374                  scaled_val = DIV_ROUND_CLOSEST(scaled_val, 1000);
375                  ret = axp288_charger_set_cc(info, scaled_val);
376                  if (ret < 0)
377                          dev_warn(&info->pdev->dev, "set charge current failed\n");
378                  break;
379          case POWER_SUPPLY_PROP_CONSTANT_CHARGE_VOLTAGE:
380                  scaled_val = min(val->intval, info->max_cv);
381                  scaled_val = DIV_ROUND_CLOSEST(scaled_val, 1000);
382                  ret = axp288_charger_set_cv(info, scaled_val);
383                  if (ret < 0)
384                          dev_warn(&info->pdev->dev, "set charge voltage failed\n");
385                  break;
386          case POWER_SUPPLY_PROP_INPUT_CURRENT_LIMIT:
387                  ret = axp288_charger_set_vbus_inlmt(info, val->intval);
388                  if (ret < 0)
389                          dev_warn(&info->pdev->dev, "set input current limit failed\n");
390                  break;
391          default:
392                  ret = -EINVAL;
393          }
```

Fig. 9

Source:https://github.com/OnePlusOSS/android_kernel_oneplus_sm8250/blob/d0cd6cd30f8e10b209461f24462ed316c76bc913/drivers/power/supply/axp288_charger.c#L363, Page 5, Last Accessed May 18, 2021, Exhibit H

Fig. 10 and Fig. 11 shows snippets of OnePlus kernel source code that is installed onto the accused product.  The accused product stores current and voltage attributes which are used to compute the constant current phase charging characteristics and constant voltage phase charging characteristics, respectively.

**Citation 10: Constant Current Phase Charging Attributes**

```
340        POWER_SUPPLY_ATTR(current_max),
341        POWER_SUPPLY_ATTR(current_now),
342        POWER_SUPPLY_ATTR(current_avg),
343        POWER_SUPPLY_ATTR(current_boot),

353         POWER_SUPPLY_ATTR(constant_charge_current),
354         POWER_SUPPLY_ATTR(constant_charge_current_max),

385          POWER_SUPPLY_ATTR(precharge_current),
386          POWER_SUPPLY_ATTR(charge_term_current),

404        POWER_SUPPLY_ATTR(input_current_max),
405        POWER_SUPPLY_ATTR(input_current_trim),
406        POWER_SUPPLY_ATTR(input_current_settled),
```

Fig. 10

Source:

https://github.com/OnePlusOSS/android_kernel_oneplus_sm8250/blob/cad09e061ef6cf689a4a1e54d27562e0f042236a/drivers/power/supply/power_supply_sysfs.c#L353, Page 5, Last Accessed May 18 2021, Exhibit E

**Citation 11: Constant Voltage Phase Charging Attributes**

```
332          POWER_SUPPLY_ATTR(voltage_max),
333          POWER_SUPPLY_ATTR(voltage_min),
334          POWER_SUPPLY_ATTR(voltage_max_design),
335          POWER_SUPPLY_ATTR(voltage_min_design),
336          POWER_SUPPLY_ATTR(voltage_now),
337          POWER_SUPPLY_ATTR(voltage_avg),
338          POWER_SUPPLY_ATTR(voltage_ocv),
339          POWER_SUPPLY_ATTR(voltage_boot),

355          POWER_SUPPLY_ATTR(constant_charge_voltage),
356          POWER_SUPPLY_ATTR(constant_charge_voltage_max),

503            POWER_SUPPLY_ATTR(voltage_max_limit),
```

Fig. 11

Source:

https://github.com/OnePlusOSS/android_kernel_oneplus_sm8250/blob/cad09e061ef6cf689a4a1e54d27562e0f0
42236a/drivers/power/supply/power_supply_sysfs.c#L353, Page 4, 5 & 6, Last Accessed May 18, 2021,

Exhibit E


The accused product uses various characteristics such as battery percentage upon the time of charging, the time period over which the battery is charging, battery voltage to determine that if the charging point is in the constant current phase or the constant voltage phase.  See Fig. 12 and Fig. 13.


**Citation 12: Battery percentage on OnePlus 8**



Fig. 12

Source: https://www.androidcentral.com/warp-charge, Page 3, Last Accessed July 24, 2020, Exhibit B

| | |
|---|---|
| | **Citation 13: Constant Current and Constant Voltage Phase** |
| | 4) The process of charging li-ion batt goes like this (let's start from full current):<br>a) CC (constant current) stage which means the battery takes full current, in this case 4A but frankly it's 3,4-3,6A.<br>For 3,3Ah battery it's current around 1,1C, it's perfectly good value for battery life.<br>b) when battery reaches certain point of voltage (on Dash I noticed it's around 60-70% approx.), current drops naturally and it keeps going down with increasing voltage<br>c) CV (constant voltage) means BMS sets 4,2V (usual value for 100% capacity of lithium cell) and current is going to 0A since your battery is almost charged at this point e.g 4,1V and charger gives 4,2V which is 4,2-4,1V = 0,1V, it allows really low current. But it's important to charge to 100% because last stage lasts long but it gives you significantly more capacity, especially for only 3,3Ah cell. Moreover, this stage is most dangerous because voltage for almost fully charged cell becomes unstable and when it takes current, it'll increase voltage easily and rapidly. That's why cut off current has to work and stops charging when it's time. The process can go a few times e.g. if battery goes >4,2V, the charger disconnects, waits few seconds, lower current from charger and starts charging again. And after e.g. 3 repeates, it ends the charging process for good.<br><br>Fig. 13<br><br>Source: https://forums.oneplus.com/threads/how-to-charge-the-battery-correctly.780695/, Page 3, Last Accessed May 18, 2021, Exhibit D |
| **1c.** calculating, by the apparatus, a time remaining to charge in the constant current phase based on the constant current phase charging characteristics, if the | The method that accused product practices comprises, calculating a time remaining to charge in the constant current phase based on the constant current phase charging characteristics, if the battery charging point is in the constant current phase, and calculating a time remaining to charge in the constant voltage phase based on the constant voltage phase charging characteristics, if the battery charging point is in the constant voltage phase.<br><br>The accused product detects and displays the type of power adapter that charges the device.  The accused product uses the type of charging point connected and various other pre-determined characteristics such as the amount of electrical charge stores in the battery (i.e., battery level), full capacity (i.e., 4300mAH) of the battery installed in |

| | |
|---|---|
| battery charging point is in the constant current phase; and<br><br>**1d.** calculating, by the apparatus, a time remaining to charge in the constant voltage phase based on the constant voltage phase charging characteristics, if the battery charging point is in the constant voltage phase; | the smartphone, and more to estimate the time remaining to charge the smartphone's battery in the near real-time. See Fig. 14 & Fig. 15.<br><br>**Citation 14: Warp Charging Displays on OnePlus 8**<br><br><br><br>Fig. 14<br><br>Source: https://www.androidcentral.com/warp-charge, Page 3, Last Accessed July 24, 2020, Exhibit B |

16

**Citation 15: Non-removable 4300 mAh battery capacity**

Performance

Operating System: OxygenOS based on Android™ 10
CPU: Qualcomm® Snapdragon™865
5G Chipset: X55
GPU: Adreno 650
RAM: 8GB/12GB LPDDR4X
Storage: 128GB/256GB UFS 3.0 2-LANE
Battery: 4300 mAh (non-removable)

Fig. 15

Source: https://www.oneplus.com/8/specs, Page 1-2, Last Accessed May 18, 2021, Exhibit A

As described in the patent US'708B2 [Page 15, Line 57, Column 10] "*Step 408: if the battery charging point is in the constant current phase, calculating a time remaining to charge in the constant current phase based on the constant current phase charging characteristics and a time remaining to charge in the constant Voltage phase based on the constant Voltage phase charging characteristics.  In step 408 the present capacity and the present charging current are also inputs for this calculation.*" and [Page 15, Line 65, Column 10] "*Step 410: if the battery charging point is in the constant Voltage phase, calculating a time remaining to charge in the constant Voltage phase based on the constant Voltage phase charging characteristics.  In step 410 the present charging current is also an input for this calculation.*"

The  accused product (e.g., OnePlus 3T) calculates the time to charge the device to 100% battery level. See Fig. 16.

**Citation 16: Estimation of time left to reach the 100% battery level**

17



Fig. 16

Source: Snippet taken from OnePlus 3T

The Fig. 17, shows the estimate of remaining charging time on lock screen of the accused product (e.g, OnePlus 9).

**Citation 17: OnePlus 9 lock screen display remaining charging time estimate**



Fig. 17

Source: https://www.youtube.com/watch?v=CCHaMivzIvE, Time- 2:02, Last accessed June 24, 2021, Exhibit K

The accused product determines various characteristics (i.e. constant voltage phase charging characteristics) such as voltage that the charging point feeds, battery level, total battery capacity, and more such parameters at the constant current phase. Moreover, the accused product also determines various characteristics (i.e. constant

current phase charging characteristics) such as current that the charging point feeds, battery level, total battery capacity, and more at the constant voltage phase.  See Fig. 18 to **Error! Reference source not found.**.

**Citation 18: Constant Current Phase Charging Attributes**

```
340        POWER_SUPPLY_ATTR(current_max),
341        POWER_SUPPLY_ATTR(current_now),
342        POWER_SUPPLY_ATTR(current_avg),
343        POWER_SUPPLY_ATTR(current_boot),

353          POWER_SUPPLY_ATTR(constant_charge_current),
354          POWER_SUPPLY_ATTR(constant_charge_current_max),

385          POWER_SUPPLY_ATTR(precharge_current),
386          POWER_SUPPLY_ATTR(charge_term_current),

404        POWER_SUPPLY_ATTR(input_current_max),
405        POWER_SUPPLY_ATTR(input_current_trim),
406        POWER_SUPPLY_ATTR(input_current_settled),
```

Fig. 18

Source:

https://github.com/OnePlusOSS/android_kernel_oneplus_sm8250/blob/cad09e061ef6cf689a4a1e54d27562e0f0 42236a/drivers/power/supply/power_supply_sysfs.c#L353, Page 5, Last Accessed May 18, 2021, Exhibit E

**Citation 19: Constant Voltage Phase Charging Attributes**

```
332              POWER_SUPPLY_ATTR(voltage_max),
333              POWER_SUPPLY_ATTR(voltage_min),
334              POWER_SUPPLY_ATTR(voltage_max_design),
335              POWER_SUPPLY_ATTR(voltage_min_design),
336              POWER_SUPPLY_ATTR(voltage_now),
337              POWER_SUPPLY_ATTR(voltage_avg),
338              POWER_SUPPLY_ATTR(voltage_ocv),
339              POWER_SUPPLY_ATTR(voltage_boot),

355              POWER_SUPPLY_ATTR(constant_charge_voltage),
356              POWER_SUPPLY_ATTR(constant_charge_voltage_max),

503                POWER_SUPPLY_ATTR(voltage_max_limit),
```

Fig. 19

Source:

https://github.com/OnePlusOSS/android_kernel_oneplus_sm8250/blob/cad09e061ef6cf689a4a1e54d27562e0f0 42236a/drivers/power/supply/power_supply_sysfs.c#L353, Page 4, 5 & 6, Last Accessed May 18, 2021, Exhibit E


**Citation 20: Stored Charge and Current Charge**

```
346    POWER_SUPPLY_ATTR(charge_full_design),
347    POWER_SUPPLY_ATTR(charge_empty_design),
348    POWER_SUPPLY_ATTR(charge_full),
349    POWER_SUPPLY_ATTR(charge_empty),
350    POWER_SUPPLY_ATTR(charge_now),
351    POWER_SUPPLY_ATTR(charge_avg),
352    POWER_SUPPLY_ATTR(charge_counter),
353    POWER_SUPPLY_ATTR(constant_charge_current),
354    POWER_SUPPLY_ATTR(constant_charge_current_max),
355    POWER_SUPPLY_ATTR(constant_charge_voltage),
356    POWER_SUPPLY_ATTR(constant_charge_voltage_max),
357    POWER_SUPPLY_ATTR(charge_control_limit),
358    POWER_SUPPLY_ATTR(charge_control_limit_max),
```

Fig. 20

Source:

https://github.com/OnePlusOSS/android_kernel_oneplus_sm8250/blob/cad09e061ef6cf689a4a1e54d27562e0f0
42236a/drivers/power/supply/power_supply_sysfs.c#L353, Page 5, Last Accessed May 18, 2021, Exhibit E

 As an example, shown in Fig. 21 is a code snippet that shows the calculation of charging time estimate. Upon information and belief, the accused product uses 'mChargeStepTracker' to estimate (or, calculate) the time remaining to charge the battery, based on constant current/voltage characteristics. See Fig. 22.

**Citation 21: Battery Charging and Discharging Attributes**

```
8705    public long computeChargeTimeRemaining(long curTime) {
8706        if (mOnBattery) {
8707            // Not yet working.
8708            return -1;
8709        }
8710        /* Broken
8711        int curLevel = mCurrentBatteryLevel;
8712        int plugLevel = mDischargePlugLevel;
8713        if (plugLevel < 0 || curLevel < (plugLevel+1)) {
8714            return -1;
8715        }
8716        long duration = computeBatteryRealtime(curTime, STATS_SINCE_UNPLUGGED);
8717        if (duration < 1000*1000) {
8718            return -1;
8719        }
8720        long usPerLevel = duration/(curLevel-plugLevel);
8721        return usPerLevel * (100-curLevel);
8722        */
8723        if (mChargeStepTracker.mNumStepDurations < 1) {
8724            return -1;
8725        }
8726        long msPerLevel = mChargeStepTracker.computeTimePerLevel();
8727        if (msPerLevel <= 0) {
8728            return -1;
8729        }
8730        return (msPerLevel * (100-mCurrentBatteryLevel)) * 1000;
8731    }
```

Fig. 21

Source:

https://github.com/OnePlusOSS/android_frameworks_base/blob/95ba353daa05fdd1c6011554ab7152fadfcdb932/core/java/com/android/internal/os/BatteryStatsImpl.java#L8705, Page 243-244, Last Accessed May 18, 2021,

Exhibit I

<table>
<tr><td></td><td>

**Citation 22: Constant Current Phase and Constant Voltage Phase**

4) The process of charging li-ion batt goes like this (let's start from full current):
a) CC (constant current) stage which means the battery takes full current, in this case 4A but frankly it's 3,4-3,6A.
For 3,3Ah battery it's current around 1,1C, it's perfectly good value for battery life.
b) when battery reaches certain point of voltage (on Dash I noticed it's around 60-70% approx.), current drops naturally and it keeps going down with increasing voltage
c) CV (constant voltage) means BMS sets 4,2V (usual value for 100% capacity of lithium cell) and current is going to 0A since your battery is almost charged at this point e.g 4,1V and charger gives 4,2V which is 4,2-4,1V = 0,1V, it allows really low current. But it's important to charge to 100% because last stage lasts long but it gives you significantly more capacity, especially for only 3,3Ah cell. Moreover, this stage is most dangerous because voltage for almost fully charged cell becomes unstable and when it takes current, it'll increase voltage easily and rapidly. That's why cut off current has to work and stops charging when it's time. The process can go a few times e.g. if battery goes >4,2V, the charger disconnects, waits few seconds, lower current from charger and starts charging again. And after e.g. 3 repeates, it ends the charging process for good.

Fig. 22

Source: https://forums.oneplus.com/threads/how-to-charge-the-battery-correctly.780695/, Page 3, Last Accessed May 18, 2021, Exhibit D
</td></tr>
</table>

| | |
|---|---|
| **1e.** wherein the time remaining to charge in the constant current phase is based on stored charge characteristics in the constant current phase, when the battery | The accused product practices a method, wherein the time remaining to charge in the constant current phase is based on stored charge characteristics in the constant current phase, when the battery charging point is in the constant current phase and wherein battery stored charge characteristics comprises a battery stored charge value based on monitored tracking of battery charging and discharging.<br><br>As described in the patent US'708B2 [Page 14, Line 48, Column 7] "*Along with the measured data for datasets 210 and 215, the following information may be stored in the device 100 as dataset 220 for each combination of* |

| | |
|---|---|
| charging point is in the constant current phase and wherein battery stored charge characteristics comprises a battery stored charge value based on monitored tracking of battery charging and discharging. | *device 100 battery 160 type: 1 Charge current during CC phase (IBATCC); 2) Battery 160 voltage when the charging switches to the CV phase (VBATCV).  If the battery 160 voltage slightly increases during the CV phase, a value of the lowest Voltage in the constant Voltage phase may be chosen; and 3Duration of the CV phase (TCVTOT)."*<br><br>The accused product calculates and displays the amount of time life to charge the battery to 100% charge level as shown in See Fig. 23<br><br>**Citation 23: Estimate time left to reach the 100% battery level**<br><br><br><br>Fig. 23<br>Source: Snippet taken from OnePlus 3T<br><br>OnePlus 8 is deployed with Android based Operating System (i.e., OS).  See Fig. 24. |

**Citation 24: OnePlus 8 runs Android based OS**

Performance

Operating System: OxygenOS based on Android™ 10
CPU: Qualcomm® Snapdragon™865
5G Chipset: X55
GPU: Adreno 650
RAM: 8GB/12GB LPDDR4X
Storage: 128GB/256GB UFS 3.0 2-LANE
Battery: 4300 mAh (non-removable)

Fig. 24

Source: https://www.oneplus.com/8/specs, Page 1-2, Last Accessed May 18, 2021, Exhibit A

Fig. 25 and Fig. 26 show snippets of OnePlus kernel source code that is installed onto the accused product, and the accused product stores battery stored charge value, which is based on the attributes like "mCurrentBatteryLevel" and "mDischargePlugLevel" (i.e., battery charging and discharging).

**Citation 25: Stored Charge and Current Charge**

```
346   POWER_SUPPLY_ATTR(charge_full_design),
347   POWER_SUPPLY_ATTR(charge_empty_design),
348   POWER_SUPPLY_ATTR(charge_full),
349   POWER_SUPPLY_ATTR(charge_empty),
350   POWER_SUPPLY_ATTR(charge_now),
351   POWER_SUPPLY_ATTR(charge_avg),
352   POWER_SUPPLY_ATTR(charge_counter),
353   POWER_SUPPLY_ATTR(constant_charge_current),
354   POWER_SUPPLY_ATTR(constant_charge_current_max),
355   POWER_SUPPLY_ATTR(constant_charge_voltage),
356   POWER_SUPPLY_ATTR(constant_charge_voltage_max),
357   POWER_SUPPLY_ATTR(charge_control_limit),
358   POWER_SUPPLY_ATTR(charge_control_limit_max),
```

Fig. 25

Source:

https://github.com/OnePlusOSS/android_kernel_oneplus_sm8250/blob/cad09e061ef6cf689a4a1e54d27562e0f0

42236a/drivers/power/supply/power_supply_sysfs.c#L353, Page 5, Last Accessed May 18, 2021, Exhibit E

**Citation 26: Battery Charging and Discharging Attributes**

```
8705        public long computeChargeTimeRemaining(long curTime) {
8706            if (mOnBattery) {
8707                // Not yet working.
8708                return -1;
8709            }
8710            /* Broken
8711            int curLevel = mCurrentBatteryLevel;
8712            int plugLevel = mDischargePlugLevel;
8713            if (plugLevel < 0 || curLevel < (plugLevel+1)) {
8714                return -1;
8715            }
8716            long duration = computeBatteryRealtime(curTime, STATS_SINCE_UNPLUGGED);
8717            if (duration < 1000*1000) {
8718                return -1;
8719            }
8720            long usPerLevel = duration/(curLevel-plugLevel);
8721            return usPerLevel * (100-curLevel);
8722            */
8723            if (mChargeStepTracker.mNumStepDurations < 1) {
8724                return -1;
8725            }
8726            long msPerLevel = mChargeStepTracker.computeTimePerLevel();
8727            if (msPerLevel <= 0) {
8728                return -1;
8729            }
8730            return (msPerLevel * (100-mCurrentBatteryLevel)) * 1000;
8731        }
```

Fig. 26

Source:

https://github.com/OnePlusOSS/android_frameworks_base/blob/95ba353daa05fdd1c6011554ab7152fadfcdb932/core/java/com/android/internal/os/BatteryStatsImpl.java#L8705, Page 243-244, Last Accessed May 18, 2021,

Exhibit I

Fig. 27 shows the snippet of source code of Android that computes and stores the time in millisecond (i.e. ms) requires for charging the battery by 1%, in 'msPerLevel', which depends on both charging and discharging.

As an example, the time to charge 1% depends on the charging of the battery, as with increased power supply there is a decrease in the displayed charging time.  Also, the time to charge 1% depends on the discharging of the battery caused by the processing load, resulting in an increase in the battery's charging time.  The accused product running android-based OS computes the time remaining to charge battery, in constant current, by multiplying the 'msPerLevel' with battery level remaining to charge.  See Fig. 27 - Fig. 30.

**Citation 27: Computation of remaining time based on per step level**

```
12572        @Override
12573        public long computeChargeTimeRemaining(long curTime) {
12574            if (mOnBattery) {
12575                // Not yet working.
12576                return -1;
12577            }
12578            if (mBatteryTimeToFullSeconds >= 0) {
12579                return mBatteryTimeToFullSeconds * (1000 * 1000); // s to us
12580            }
12581            // Else use algorithmic approach
12582            if (mChargeStepTracker.mNumStepDurations < 1) {
12583                return -1;
12584            }
12585            long msPerLevel = mChargeStepTracker.computeTimePerLevel();
12586            if (msPerLevel <= 0) {
12587                return -1;
12588            }
12589            return (msPerLevel * (100 - mCurrentBatteryLevel)) * 1000;
12590        }
```

Fig. 27

Source:

https://android.googlesource.com/platform/frameworks/base.git/+/master/core/java/com/android/internal/os/BatteryStatsImpl.java#12604, Page 1, Last Accessed May 18, 2021, Exhibit J


**Citation 28: Battery Charging and Discharging Attributes**

```
8705    public long computeChargeTimeRemaining(long curTime) {
8706        if (mOnBattery) {
8707            // Not yet working.
8708            return -1;
8709        }
8710        /* Broken
8711        int curLevel = mCurrentBatteryLevel;
8712        int plugLevel = mDischargePlugLevel;
8713        if (plugLevel < 0 || curLevel < (plugLevel+1)) {
8714            return -1;
8715        }
8716        long duration = computeBatteryRealtime(curTime, STATS_SINCE_UNPLUGGED);
8717        if (duration < 1000*1000) {
8718            return -1;
8719        }
8720        long usPerLevel = duration/(curLevel-plugLevel);
8721        return usPerLevel * (100-curLevel);
8722        */
8723        if (mChargeStepTracker.mNumStepDurations < 1) {
8724            return -1;
8725        }
8726        long msPerLevel = mChargeStepTracker.computeTimePerLevel();
8727        if (msPerLevel <= 0) {
8728            return -1;
8729        }
8730        return (msPerLevel * (100-mCurrentBatteryLevel)) * 1000;
8731    }
```

Fig. 28

Source:

https://github.com/OnePlusOSS/android_frameworks_base/blob/95ba353daa05fdd1c6011554ab7152fadfcdb932/core/java/com/android/internal/os/BatteryStatsImpl.java#L8705, Page 243-244, Last Accessed May 18, 2021

Exhibit I

**Citation 29: BatteryStats.Java uses BatteryStatsImpl data to provide**

```
76        static IBatteryStats sService;
77        final BatteryStatsImpl mStats;
78        final BatteryStatsHandler mHandler;
79        Context mContext;
80        PowerManagerInternal mPowerManagerInternal;
```

Fig. 29

Source:

https://github.com/OnePlusOSS/android_frameworks_base/blob/95ba353daa05fdd1c6011554ab7152fadfcdb93
2/services/core/java/com/android/server/am/BatteryStatsService.java#L337, Page 3, Last Accessed May 18,
2021, Exhibit F

**Citation 30: BatteryStats.Java uses BatteryStatsImpl data to provide**

```
337       public long computeChargeTimeRemaining() {
338           synchronized (mStats) {
339               long time = mStats.computeChargeTimeRemaining(SystemClock.elapsedRealtime());
340               return time >= 0 ? (time/1000) : time;
341           }
342       }
```

Fig. 30

Source:

https://github.com/OnePlusOSS/android_frameworks_base/blob/95ba353daa05fdd1c6011554ab7152fadfcdb93

| | |
|---|---|
| | 2/services/core/java/com/android/server/am/BatteryStatsService.java#L337, Page 9, Last Accessed May 18, 2021, Exhibit F |
| 2. The method of claim 1, wherein the battery stored charge characteristics comprise data that provides a remaining charging time estimate based on a battery stored charge estimate. | The accused product practices a method, wherein the battery stored charge characteristics comprise data that provides a remaining charging time estimate based on a battery stored charge estimate.<br><br>Fig. 31 shows snippets of the OnePlus kernel source code that is installed onto the accused product, and the accused product stores battery stored charge value and accordingly "computeChargeTimeRemaining" (i.e., remaining charging time) is estimated.  See Fig. 32.<br><br>**Citation 31: Stored Charge and Current Charge**<br><br>346  POWER_SUPPLY_ATTR(charge_full_design),<br>347  POWER_SUPPLY_ATTR(charge_empty_design),<br>348  POWER_SUPPLY_ATTR(charge_full),<br>349  POWER_SUPPLY_ATTR(charge_empty),<br>350  POWER_SUPPLY_ATTR(charge_now),<br>351  POWER_SUPPLY_ATTR(charge_avg),<br>352  POWER_SUPPLY_ATTR(charge_counter),<br>353  POWER_SUPPLY_ATTR(constant_charge_current),<br>354  POWER_SUPPLY_ATTR(constant_charge_current_max),<br>355  POWER_SUPPLY_ATTR(constant_charge_voltage),<br>356  POWER_SUPPLY_ATTR(constant_charge_voltage_max),<br>357  POWER_SUPPLY_ATTR(charge_control_limit),<br>358  POWER_SUPPLY_ATTR(charge_control_limit_max),<br><br>Fig. 31 |

Source:

https://github.com/OnePlusOSS/android_kernel_oneplus_sm8250/blob/cad09e061ef6cf689a4a1e54d27562e0f0

42236a/drivers/power/supply/power_supply_sysfs.c#L353, Page 5, Last Accessed May 18, 2021, Exhibit E

**Citation 32: Remaining Charging Time Estimation**

```
8705    public long computeChargeTimeRemaining(long curTime) {
8706        if (mOnBattery) {
8707            // Not yet working.
8708            return -1;
8709        }
8710        /* Broken
8711        int curLevel = mCurrentBatteryLevel;
8712        int plugLevel = mDischargePlugLevel;
8713        if (plugLevel < 0 || curLevel < (plugLevel+1)) {
8714            return -1;
8715        }
8716        long duration = computeBatteryRealtime(curTime, STATS_SINCE_UNPLUGGED);
8717        if (duration < 1000*1000) {
8718            return -1;
8719        }
8720        long usPerLevel = duration/(curLevel-plugLevel);
8721        return usPerLevel * (100-curLevel);
8722        */
8723        if (mChargeStepTracker.mNumStepDurations < 1) {
8724            return -1;
8725        }
8726        long msPerLevel = mChargeStepTracker.computeTimePerLevel();
8727        if (msPerLevel <= 0) {
8728            return -1;
8729        }
8730        return (msPerLevel * (100-mCurrentBatteryLevel)) * 1000;
8731    }
```

Fig. 32

| | |
|---|---|
| | Source: https://github.com/OnePlusOSS/android_frameworks_base/blob/95ba353daa05fdd1c6011554ab7152fadfcdb932/core/java/com/android/internal/os/BatteryStatsImpl.java#L8705, Page 243-244, Last Accessed May 18, 2021, Exhibit I |
| **4.** The method of claim 1, wherein the time remaining to charge in the constant voltage phase is based on charging current characteristics in the constant voltage phase, when the battery charging point is in the constant voltage phase. | The accused product practices a method, wherein the time remaining to charge in the constant voltage phase is based on charging current characteristics in the constant voltage phase, when the battery charging point is in the constant voltage phase.<br><br>Fig. 33 to Fig. 36 shows snippets of OnePlus kernel source code that is installed onto the accused product. The accused product determines whether the power supply (or, Warp Charge 30 Power Adapter) is in constant current phase or constant voltage phase by using 'power_supply_property psp' which comprises attributes for the battery charging characteristics and associates the psp enum value accordingly.<br><br>**Citation 33: psp enum value determination**<br><br><br><br>Fig. 33 |

Source:

https://github.com/OnePlusOSS/android_kernel_oneplus_sm8250/blob/cad09e061ef6cf689a4a1e54d27562e0f0

42236a/drivers/power/supply/apm_power.c, Page 1, Last Accessed May 18, 2021, Exhibit G

**Citation 34: Power Supply Property**

```
144   static ssize_t power_supply_show_property(struct device *dev,
145                                             struct device_attribute *attr,
146                                             char *buf) {
147       ssize_t ret;
148       struct power_supply *psy = dev_get_drvdata(dev);
149       enum power_supply_property psp = attr - power_supply_attrs;
150       union power_supply_propval value;
```

Fig. 34

Source: https://github.com/OnePlusOSS/android_kernel_oneplus_sm8250/blob/cad09e061ef6cf689a4a1e54d27

562e0f042236a/drivers/power/supply/power_supply_sysfs.c#L353, Page 2, Last Accessed May 18, 2021,

Exhibit E

**Citation 35: Device Attributes for Power Supply**

```
298  /* Must be in the same order as POWER_SUPPLY_PROP_* */
299  static struct device_attribute power_supply_attrs[] = {
300          /* Properties of type `int' */
301          POWER_SUPPLY_ATTR(status),
302  /* @bsp, 2018/07/13 Battery & Charging porting */
303          POWER_SUPPLY_ATTR(set_allow_read_extern_fg_iic),
304          POWER_SUPPLY_ATTR(cc_to_cv_point),
305          POWER_SUPPLY_ATTR(chg_protect_status),
```

Fig. 35

Source:

https://github.com/OnePlusOSS/android_kernel_oneplus_sm8250/blob/cad09e061ef6cf689a4a1e54d27562e0f0
42236a/drivers/power/supply/power_supply_sysfs.c#L353, Page 4, Last Accessed May 18, 2021, Exhibit E

**Citation 36: Constant Current & Constant Voltage in Power Supply Property**

```
363   static int axp288_charger_usb_set_property(struct power_supply *psy,
364                           enum power_supply_property psp,
365                           const union power_supply_propval *val)
366   {
367       struct axp288_chrg_info *info = power_supply_get_drvdata(psy);
368       int ret = 0;
369       int scaled_val;
370
371       switch (psp) {
372       case POWER_SUPPLY_PROP_CONSTANT_CHARGE_CURRENT:
373           scaled_val = min(val->intval, info->max_cc);
374           scaled_val = DIV_ROUND_CLOSEST(scaled_val, 1000);
375           ret = axp288_charger_set_cc(info, scaled_val);
376           if (ret < 0)
377               dev_warn(&info->pdev->dev, "set charge current failed\n");
378           break;
379       case POWER_SUPPLY_PROP_CONSTANT_CHARGE_VOLTAGE:
380           scaled_val = min(val->intval, info->max_cv);
381           scaled_val = DIV_ROUND_CLOSEST(scaled_val, 1000);
382           ret = axp288_charger_set_cv(info, scaled_val);
383           if (ret < 0)
384               dev_warn(&info->pdev->dev, "set charge voltage failed\n");
385           break;
386       case POWER_SUPPLY_PROP_INPUT_CURRENT_LIMIT:
387           ret = axp288_charger_set_vbus_inlmt(info, val->intval);
388           if (ret < 0)
389               dev_warn(&info->pdev->dev, "set input current limit failed\n");
390           break;
391       default:
392           ret = -EINVAL;
393       }
```

Fig. 36

Source:https://github.com/OnePlusOSS/android_kernel_oneplus_sm8250/blob/d0cd6cd30f8e10b209461f24462ed316c76bc913/drivers/power/supply/axp288_charger.c#L363, Page 5, Last Accessed May 18, 2021, Exhibit H

38

When the accused product is connected to the charger, firstly it takes full current, but when the battery reaches a certain point of voltage, the type of charging switches to constant voltage from constant current.  In the CV (i.e., constant voltage) mode, the voltage is set to 4.2V, and accordingly current (i.e., charging current characteristics) is allowed to charge device to 100%.  See Fig. 37.

**Citation 37: Constant Current Phase and Constant Voltage Phase**

4) The process of charging li-ion batt goes like this (let's start from full current):
a) CC (constant current) stage which means the battery takes full current, in this case 4A but frankly it's 3,4-3,6A.
For 3,3Ah battery it's current around 1,1C, it's perfectly good value for battery life.
b) when battery reaches certain point of voltage (on Dash I noticed it's around 60-70% approx.), current drops naturally and it keeps going down with increasing voltage
c) CV (constant voltage) means BMS sets 4,2V (usual value for 100% capacity of lithium cell) and current is going to 0A since your battery is almost charged at this point e.g 4,1V and charger gives 4,2V which is 4,2-4,1V = 0,1V, it allows really low current. But it's important to charge to 100% because last stage lasts long but it gives you significantly more capacity, especially for only 3,3Ah cell. Moreover, this stage is most dangerous because voltage for almost fully charged cell becomes unstable and when it takes current, it'll increase voltage easily and rapidly. That's why cut off current has to work and stops charging when it's time. The process can go a few times e.g. if battery goes >4,2V, the charger disconnects, waits few seconds, lower current from charger and starts charging again. And after e.g. 3 repeates, it ends the charging process for good.

Fig. 37

Source: https://forums.oneplus.com/threads/how-to-charge-the-battery-correctly.780695/, Page 3, Last Accessed May 18, 2021, Exhibit D

| | |
|---|---|
| | **Citation 38: Estimation of time left to reach the 100% battery level**<br><br>Fig. 38<br>Source: Snippet taken from OnePlus 3T |
| **5Pre.** The method of claim 1, further comprising:<br><br>**5a.** identifying, by the apparatus, a correct category of the charger adapter after detecting its availability; and | The accused product practices a method comprising identifying, by the apparatus, a correct category of the charger adapter after detecting its availability.<br><br>OnePlus provides smartphones such as OnePlus 8 that come along with a Warp Charge 30 Power Adapter.  The Warp Charge 30 Power Adapter (i.e., charger adapter) delivers a 30-Watt power output for fast charging the accused product.  See Fig. 39 and Fig. 40. |

**Citation 39: OnePlus 8**



Fig. 39

Source: https://www.oneplus.com/8/specs, Page 1, Last Accessed May 18, 2021, Exhibit A

**Citation 40: Warp Charge 30 Power Adapter**

In The Box

OnePlus 8
Warp Charge 30 Power Adapter
Warp Type-C Cable (Support USB 2.0)
Quick Start Guide
Welcome Letter
Safety Information and Warranty Card
LOGO Sticker
Screen Protector
SIM Tray Ejector

Fig. 40

Source: https://www.oneplus.com/8/specs, Page 4, Last Accessed May 18, 2021, Exhibit A

The accused product displays "Warp charging" (i.e., correct category of the charger adapter) as it gets connected (i.e., detecting its availability) with the Warp Charge 30 Power Adapter via the Warp Type-C cable as shown in Fig. 41.

**Citation 41: Warp Charging display**



Fig. 41

Source: https://www.androidcentral.com/warp-charge, Page 3, Last Accessed July 24, 2020, Exhibit B

42

| | |
|---|---|
| **5b.** configuring, by the apparatus, battery charging based in the category of the charger adapter. | The accused product practices a method comprising configuring, by the apparatus, battery charging based in the category of the charger adapter.<br><br>Once the accused product is connected with the Warp Charge 30 Power Adapter (i.e., charger adapter), the battery charging is configured, and the current battery status is displayed on the screen.  See Fig. 42.<br><br>**Citation 42: Warp Charging display**<br><br> |

| | Fig. 42<br><br>Source: https://www.androidcentral.com/warp-charge, Page 3, Last Accessed July 24, 2020, Exhibit B |
|---|---|
| **6Pre.** The method of claim 1, further comprising:<br><br>**6a.** identifying, by the apparatus, a correct category of the charger adapter after detecting its availability; and | The accused product practices a method identifying, by the apparatus, a correct category of the charger adapter after detecting its availability.<br><br>*Refer to supporting evidence of claim element 5[a].* |
| **6b.** using, by the apparatus, the category of the charger adapter to improve accuracy of an initial remaining charging time estimation. | The accused product practices a method comprising using, by the apparatus, the category of the charger adapter to improve accuracy of an initial remaining charging time estimation.<br><br>In an exemplary scenario, when a Warp Charge 65T (e.g., OnePlus charger adapter provided inbox with the device) is used to charge the OnePlus 9, the OnePlus 9 determines the adapter information (e.g., manufacturer, power details, etc.) to calculate and display the remaining charging time. |

In an exemplary scenario, when a general adapter (e.g., not OnePlus adapter) with same power as used in previous scenario (i.e., same power as Warp Charge 65T) is used to charge the OnePlus 9, the OnePlus 9 determines the adapter information (e.g., manufacturer, power details, etc.) to calculate and display the remaining charging time.

Upon information and belief, the estimation of remaining charging time in both the cases are different due to the type of adapter taken into consideration for estimation. See Fig. 43 and Fig. 44.

**Citation 43: Warp Charge 65T require 29 Minutes to fully charge OnePlus 9**

Warp Charge 65T – Same Wattage but Better Performance

We've also upgraded wired charging on the OnePlus 9 and 9 Pro. We still use the same dual-battery layout present on the OnePlus 8T, with the two internal batteries charging at up to 32.5W, for a combined peak charging of 65W.

What's changed with the upgraded battery is that we've selected a number of upgraded components, in combination with system optimizations. Compared with the OnePlus 8T's Warp Charge 65, the OnePlus 9 and 9 Pro use a brand-new custom battery cell to reduce internal resistance, thereby also reducing battery cell heating during charges. This gives the OnePlus 9 and 9 Pro the ability to charge at a higher output for an extended period so the battery can fill up faster.

While the OnePlus 8T takes 39 minutes to charge from 1% to 100% with Warp Charge 65, the OnePlus 9 and 9 Pro only take **29 minutes to charge from 1% to 100% with Warp Charge 65T**, making it one of the fastest wired charging solutions on the market.

Fig. 43

Source: https://forums.oneplus.com/threads/deep-dive-lets-talk-charging.1403556/, Page 3, Last Accessed June 24, 2021, Exhibit L

| | |
|---|---|
| | **Citation 44: OnePlus 9 lock screen display remaining charging time estimate**<br><br><br><br>Fig. 44<br><br>Source: https://www.youtube.com/watch?v=CCHaMivzIvE, Time- 2:02, Last accessed June 24, 2021, Exhibit K |
| **7.** The method of claim 1, further comprising: | The accused product practices a method comprising calculating, by the apparatus, a time remaining to charge in the constant current phase based on the constant current phase charging characteristics and a time remaining to |

| | |
|---|---|
| calculating, by the apparatus, a time remaining to charge in the constant current phase based on the constant current phase charging characteristics and a time remaining to charge in the constant voltage phase based on the constant voltage phase charging characteristics, if the battery charging point is in the constant current phase. | charge in the constant voltage phase based on the constant voltage phase charging characteristics, if the battery charging point is in the constant current phase.<br><br>*Refer to supporting evidence of claim element 1[c] and 1[e].* |
| **14Pre.** A non-transitory computer readable medium, comprising program instructions, which when executed | The accused product comprises a non-transitory computer readable medium comprising program instructions, which when executed by a computer processor.<br><br>OnePlus 8 series comprises of 5G supported Qualcomm Snapdragon 865 processor along with RAM/ROM for various storage purposes. See Fig. 45. |

| by a computer processor, perform: | **Citation 45: One Plus 8 Specifications** |
|---|---|
| |  Fig. 45 |

Source: https://www.oneplus.in/8/specs, Page 1-2, Last Accessed May 18, 2021, Exhibit A

Moreover, the accused product contains program instructions for the fulfillment of various purposes.  See Fig. 46.

**Citation 46: Exemplary Program Instructions used in the accused product**

```
144    static ssize_t power_supply_show_property(struct device *dev,
145                                              struct device_attribute *attr,
146                                              char *buf) {
147        ssize_t ret;
148        struct power_supply *psy = dev_get_drvdata(dev);
149        enum power_supply_property psp = attr - power_supply_attrs;
150        union power_supply_propval value;
```

Fig. 46

| | |
|---|---|
| | Source:<br><br>https://github.com/OnePlusOSS/android_kernel_oneplus_sm8250/blob/cad09e061ef6cf689a4a1e54d27562e0f0<br>42236a/drivers/power/supply/power_supply_sysfs.c#L353, Page 2, Last Accessed May 18, 2021, Exhibit E |
| **14a.** detecting an availability of a charger adapter; | The accused product comprises a non-transitory computer readable medium comprising program instructions for detecting an availability of a charger adapter.<br><br>*Refer to supporting evidence of claim element 1[a].* |
| **14b.** determining whether a battery charging point is in a constant current phase or in a constant voltage phase, based on pre-determined battery charging characteristics, wherein the pre-determined battery charging characteristics comprise constant current phase charging characteristics | The accused product comprises a non-transitory computer readable medium comprising program instructions for determining whether a battery charging point is in a constant current phase or in a constant voltage phase, based on pre-determined battery charging characteristics, wherein the pre-determined battery charging characteristics comprise constant current phase charging characteristics and constant voltage phase charging characteristics.<br><br>*Refer to supporting evidence of claim element 1[b].* |

| | |
|---|---|
| and constant voltage phase charging characteristics; | |
| **14c.** calculating a time remaining to charge in the constant current phase based on the constant current phase charging characteristics, if the battery charging point is in the constant current phase; and | The accused product comprises a non-transitory computer readable medium comprising program instructions for calculating a time remaining to charge in the constant current phase based on the constant current phase charging characteristics, if the battery charging point is in the constant current phase.<br><br>*Refer to supporting evidence of claim element 1[c].* |
| **14d.** calculating a time remaining to charge in the constant voltage phase based on the constant voltage phase charging characteristics, if the battery charging point | The accused product comprises a non-transitory computer readable medium comprising program instructions for calculating a time remaining to charge in the constant voltage phase based on the constant voltage phase charging characteristics, if the battery charging point is in the constant voltage phase.<br><br>*Refer to supporting evidence of claim element 1[d].* |

| | |
|---|---|
| is in the constant voltage phase; | |
| **14e.** wherein the time remaining to charge in the constant current phase is based on stored charge characteristics in the constant current phase, when the battery charging point is in the constant current phase and wherein battery stored charge characteristics comprises a battery stored charge value based on monitored tracking of battery charging and discharging. | The accused product comprises a non-transitory computer readable medium comprising program instructions wherein the time remaining to charge in the constant current phase is based on stored charge characteristics in the constant current phase, when the battery charging point is in the constant current phase and wherein battery stored charge characteristics comprises a battery stored charge value based on monitored tracking of battery charging and discharging.<br><br>*Refer to supporting evidence of claim element 1[e].* |
| **15Pre.** An apparatus, comprising: | The accused product comprises at least one processor. |

| | |
|---|---|
| **15a.** at least one processor; | OnePlus 8 series comprises of 5G supported Qualcomm Snapdragon 865 processor.  See Fig. 47. <br><br> **Citation 47: One Plus 8 Specifications** <br><br> Performance        Operating System: OxygenOS based on Android™ 10 <br> CPU: Qualcomm® Snapdragon™865 <br> 5G Chipset: X55 <br> GPU: Adreno 650 <br> RAM: 8GB/12GB LPDDR4X <br> Storage: 128GB/256GB UFS 3.0 2-LANE <br> Battery: 4300 mAh (non-removable) <br> Warp Charge 30T Fast Charging (5V/6A)      865 Qualcomm snapdragon <br><br> Fig. 47 <br><br> Source: https://www.oneplus.in/8/specs, Page 1-2, Last Accessed May 18, 2021, Exhibit A |
| **15b.** at least one memory including computer program code; | The accused product comprises at least one memory including computer program code. <br><br> OnePlus 8 comprises RAM and ROM for various storage purposes.  See Fig. 48. <br><br> **Citation 48: One Plus 8 Specifications** |

Fig. 48

Source: https://www.oneplus.in/8/specs, Page 1-2, Last Accessed May 18, 2021, Exhibit A

| **15c.** the at least one memory and the computer program code configured to, with the at least one processor, cause the processor at least to: | The accused product comprises at least one memory and the computer program code configured with the at least one processor.<br><br>OnePlus 8 series comprises of 5G supported Qualcomm Snapdragon 865 processor along with RAM/ROM for various storage purposes.  See Fig. 49**.**<br><br>**Citation 49: One Plus 8 Specifications** |
|---|---|

Performance    Operating System: OxygenOS based on Android™ 10
CPU: Qualcomm® Snapdragon™865
5G Chipset: X55
GPU: Adreno 650
RAM: 8GB/12GB LPDDR4X
Storage: 128GB/256GB UFS 3.0 2-LANE
Battery: 4300 mAh (non-removable)
Warp Charge 30T Fast Charging (5V/6A)



Fig. 49

Source: https://www.oneplus.in/8/specs, Page 1-2, Last Accessed May 18, 2021, Exhibit A

Moreover, the accused product contains computer program code for the fulfillment of various purposes.  See Fig. 50.

**Citation 50: Exemplary Computer Program Code used in the accused product**

```
144    static ssize_t power_supply_show_property(struct device *dev,
145                                              struct device_attribute *attr,
146                                              char *buf) {
147        ssize_t ret;
148        struct power_supply *psy = dev_get_drvdata(dev);
149        enum power_supply_property psp = attr - power_supply_attrs;
150        union power_supply_propval value;
```

Fig. 50

| | |
|---|---|
| | Source: https://github.com/OnePlusOSS/android_kernel_oneplus_sm8250/blob/cad09e061ef6cf689a4a1e54d27562e0f042236a/drivers/power/supply/power_supply_sysfs.c#L353, Page 2, Last Accessed May 18, 2021, Exhibit E |
| **15d.** detect an availability of a charger adapter; | The accused product is an apparatus comprising at least one processor to detect an availability of a charger adapter. *Refer to supporting evidence of claim element 1[a].* |
| **15e.** determine whether a battery charging point is in a constant current phase or in a constant voltage phase, based on pre-determined battery charging characteristics, wherein the pre-determined battery charging characteristics comprise constant current phase charging characteristics and constant voltage | The accused product is an apparatus comprising at least one processor to determine whether a battery charging point is in a constant current phase or in a constant voltage phase, based on pre-determined battery charging characteristics, wherein the pre-determined battery charging characteristics comprise constant current phase charging characteristics and constant voltage phase charging characteristics. *Refer to supporting evidence of claim element 1[b].* |

| | |
|---|---|
| phase charging characteristics; | |
| **15f.** calculate a time remaining to charge in the constant current phase based on the constant current phase charging characteristics, if the battery charging point is in the constant current phase; and | The accused product is an apparatus comprising at least one processor to calculate a time remaining to charge in the constant current phase based on the constant current phase charging characteristics, if the battery charging point is in the constant current phase. *Refer to supporting evidence of claim element 1[c].* |
| **15g.** calculate a time remaining to charge in the constant voltage phase based on the constant voltage phase charging characteristics, if the battery charging point is in the constant voltage phase; | The accused product is an apparatus comprising at least one processor to calculate a time remaining to charge in the constant voltage phase based on the constant voltage phase charging characteristics, if the battery charging point is in the constant voltage phase. *Refer to supporting evidence of claim element 1[d].* |

| | |
|---|---|
| **15h.** wherein the time remaining to charge in the constant current phase is based on stored charge characteristics in the constant current phase, when the battery charging point is in the constant current phase and wherein battery stored charge characteristics comprises a battery stored charge value based on monitored tracking of battery charging and discharging. | The accused product is an apparatus comprising at least one processor wherein the time remaining to charge in the constant current phase is based on stored charge characteristics in the constant current phase, when the battery charging point is in the constant current phase and wherein battery stored charge characteristics comprises a battery stored charge value based on monitored tracking of battery charging and discharging.<br><br>*Refer to supporting evidence of claim element 1[e].* |
| **16.** The apparatus of claim 15, wherein the battery stored charge characteristics | The accused product is an apparatus comprising at least one processor wherein the battery stored charge characteristics comprise data that provides a remaining charging time estimate based on a battery stored charge estimate. |

| comprise data that provides a remaining charging time estimate based on a battery stored charge estimate. | *Refer to supporting evidence of claim element 2.* |
|---|---|