**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

|  |  |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>    Plaintiff,<br><br> v.<br><br>ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.,<br><br>    Defendant. | CIVIL ACTION 6:20-cv-00952-ADA<br>CIVIL ACTION 6:20-cv-00953-ADA<br>CIVIL ACTION 6:20-cv-00956-ADA<br>CIVIL ACTION 6:20-cv-00957-ADA<br>CIVIL ACTION 6:20-cv-00958-ADA<br><br>JURY TRIAL DEMANDED |

**<u>ORDER</u>**

Pending before the Court is Plaintiff's Objections to and Motion to Modify Special Master's Report and Recommendation Regarding Claim Construction ("Plaintiff's Motion"). This Court having considered Plaintiffs' Motion and the parties' respective submissions, IT IS HEREBY ORDERED that Plaintiff's Motion be GRANTED.

It is therefore ORDERED that the Special Master's recommended claim constructions in the Report and Recommendation Regarding Claim Construction (Dkt. 93) are adopted, but with the following modification:

1

| Claim Term | Special Master's Recommended Construction | Court's Modified Construction |
|---|---|---|
| "varying a rate for reporting channel quality information from a mobile station to a base station as a function of the presence or absence of a reception of a data transmission at the mobile station"<br>('876 patent, Claim 1) | Plain-and-ordinary meaning[1]<br><br>[1] **Notes not for the jury:**<br>1) The plain-and-ordinary meaning of "function of" includes what follows, but is not limited only to what follows.<br>2) The plain-and-ordinary meaning of "data transmission" excludes control signals/instructions. | "varying a rate for reporting information about the status of the communication channel from a mobile station to a base station as a function of the presence or absence of a reception of a data transmission at the mobile station, and not solely based on the content of the data transmission" |

SIGNED this _____ day of _____ 2022.

_____