# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| WSOU Investments LLC, | § | |
| | § | Civil Action No. 6:20-cv-00952-ADA |
| Plaintiff, | § | Civil Action No. 6:20-cv-00953-ADA |
| | § | Civil Action No. 6:20-cv-00956-ADA |
| v. | § | Civil Action No. 6:20-cv-00957-ADA |
| | § | Civil Action No. 6:20-cv-00958-ADA |
| OnePlus Technology (Shenzhen) Co., | § | |
| Ltd., | § | |
| | § | Jury Trial Requested |
| Defendant. | § | |

## JOINT NOTICE REGARDING AGREEMENT TO EXTEND DEADLINES

Plaintiff WSOU Investments LLC d/b/a Brazos Licensing and Development ("Plaintiff")

and Defendant OnePlus Technology (Shenzhen) Co. Ltd. ("Defendant"), pursuant to the Court's

Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines, submit

this Joint Notice to memorialize their agreement to extend case deadlines.  In accordance with

Rule 53(f) of the Federal Rules of Civil Procedure and the Local Rules, the Parties have agreed to

adjust the deadline for both Parties to file Reply In Support of Objections to the Special Master's

Report, which issued on May 24, 2022.[1] The Parties have also agreed to adjust the deadline for

both Parties to file Response to OnePlus' Renewed Motion to Strike Plaintiffs' Final Infringement

Contentions, filed on June 13, 2022,[2] as follows:

---

[1] Dkt. 93 in the -952 Case, Dkt. 91 in the -953 Case, Dkt. 92 in the -956 Case, Dkt. 92 in the -957 Case, Dkt. 91 in the -958 Case.
[2] Dkt. 96 in the -952 Case, Dkt. 94 in the -953 Case, Dkt. 95 in the -956 Case, Dkt. 95 in the -957 Case, Dkt. 94 in the -958 Case.

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| The Parties' Replies In Support to the Objections to the Special Master's Report and Recommendation Regarding Claim Construction | July 5, 2022 | July 12, 2022 |
| Plaintiffs' Oppositions to OnePlus' Renewed Motion to Strike Plaintiffs' Final Infringement Contentions | July 11, 2022 | July 15, 2022 |
| Defendants' Replies In Support of OnePlus' Renewed Motion to Strike Plaintiffs' Final Infringement Contentions | July 18, 2022 | July 29, 2022 |

The above case extension does not change the date for any hearing, trial, or other Court date, or extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

Respectfully Submitted,

Date:  July 5, 2022

By:  */s/* Michael J. Lyons
Michael J. Lyons*
California Bar No. 202284
michael.lyons@morganlewis.com
Ahren C. Hsu-Hoffman
Texas Bar No. 24053269
Ahren.hsu-hoffman@morganlewis.com
Jacob J.O. Minne*
California Bar No. 294570
jacob.minne@morganlewis.com
Austin L. Zuck*
California Bar No. 318434
austin.zuck@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, CA 94304
T: 650.843.4000
F: 650.843.4001

Elizabeth M. Chiaviello
Texas Bar. No. 24088913
elizabeth.chiaviello@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, TX 75201

T: 214.466.4000
F: 214.466.4001

*Admitted *pro hac vice*

**Attorneys for Defendant OnePlus
Technology (Shenzhen) Co. Ltd.**

By:  /s/ Jonathan K. Waldrop
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Joshua A. Whitehill (NY Bar No. 4766473)
jwhitehill@kasowitz.com
(*Pro hac vice* admission)
Howard L. Bressler (NY Bar No. 248379)
hbressler@kasowitz.com
(*Pro hac vice* admission)
Hershy Stern (NY Bar No. 4631024)
hstern@kasowitz.com
(*Pro hac vice* admission)
Noah P. Dorman (DC Bar No. 1779821)
(Admitted *pro hac vice*)
ndorman@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700

3

Facsimile: (212) 506-1800

Mark D. Siegmund (TX Bar No. 24117055)
mark@swclaw.com
**STECKLER WAYNE CHERRY & LOVE
PLLC**
8416 Old McGregor Road
Waco, TX 76712
Telephone: (254) 651-3690
Facsimile: (972) 387-4041

*Attorneys for Plaintiff WSOU Investments,
LLC d/b/a Brazos Licensing and Development*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on July 5, 2022, a true and correct copy of the foregoing response was served on all counsel of record who have appeared in this case via the Court's CM/ECF system per Local Rule CV-5.

/s/ Michael J. Lyons
Michael J. Lyons